| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the:<br>WESTERN DISTRICT OF PENNSYLVANIA |
| Case number *(if known)* _____   Chapter   **11** |

☐ Check if this an
   amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Ed's Beans, Inc. |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | **DBA  Kiva Han Coffee**<br>**DBA  Crazy Mocha** |
| 3. | Debtor's federal Employer Identification Number (EIN) | 25-1725857 |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| --- | --- | --- | --- |
| | | **711 Thomson Park Drive**<br>**Cranberry Twp, PA 16066**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Butler**<br>County | Location of principal assets, if different from principal place of business |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

| Debtor | Ed's Beans, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☒ No

☐ Yes.

| | Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Ed's Beans, Inc.**                                                          Case number (*if known*) _____
    Name

---

**11. Why is the case filed in this district?**    *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ **No**

☐ **Yes.** Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

        What is the hazard?  _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____

        Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ **No**

    ☐ **Yes.** Insurance agency _____

        Contact name _____

        Phone _____

---

    **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ■ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Ed'e Beans, Inc.
Name

Case number (if known) _____

■ Request for Relief, Declaration, and Signatures

ING — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

claration and signature
authorized
epresentative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 19, 2020
                MM / DD / YYYY

X /s/ Ed Wethli _____

Signature of authorized representative of debtor

Title    President _____

Ed Wethli
Printed name

nature of attorney

X /s/ Crystal H. Thornton-Illar _____
Signature of attorney for debtor

Date  October 19, 2020
       MM / DD / YYYY

Crystal H. Thornton-Illar 93003
Printed name

Leech Tishman Fuscaldo & Lampl, LLC
Firm name

625 William Penn Place
28th Floor
Pittsburgh, PA 15219
Number, Street, City, State & ZIP Code

Contact phone    412-261-1600

Email address    cthornton-illar@leechtishman.com

93003 PA
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Ed's Beans, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amex Merchant Loan Attn: Express Mail Remittance Processing 20500 Belshaw Ave. Carson, CA 90746 | | Loan | | | | $52,969.84 |
| Amex Platinum Card P.O. Box 1270 Newark, NJ 07101 | | | | | | $82,217.75 |
| Baum Blvd Ground, LLC Lockbox #4387 P.O. Box 8500 Philadelphia, PA 19178 | | Rent | | | | $50,292.00 |
| Brentwood Towne Square Assoc. 560 Epsilon Drive Pittsburgh, PA 15238 | | Rent | | | | $26,197.71 |
| Chase Ink Card Cardmember Services P.O. Box 1423 Charlotte, NC 28201 | | | | | | $47,057.83 |
| Citibank - Costco Visa Citi Cards P.O. Box 9001016 Louisville, KY 40290 | | | | | | $28,020.07 |
| D&B Bakery, LLC d/b/a Orams Donut Shop 120 Branch Drive Beaver Falls, PA 15010 | | Trade Debt | | | | $38,901.10 |

Debtor    **Ed's Beans, Inc.**
_____        Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Duquesne Light Company Payment Processing Center P.O. Box 10 Pittsburgh, PA 15230** | | **Utility** | | | | **$25,000.00** |
| **Ellsworth Center Company** | | | | | | **$23,064.67** |
| **FC Station Square Bessemer, LLC FC Pierrepont Assoc, LLC- ST SQ P.O. Box 76335 Baltimore, MD 21275** | | **Rent** | | | | **$31,984.11** |
| **First Commonwealth Bank 601 Philadelphia Street Indiana, PA 15701** | | **All Debtor's Assets** | | $150,000.00 | $0.00 | $150,000.00 |
| **First Commonwealth Bank 601 Philadelphia Street Indiana, PA 15701** | | **All Debtor's Assets** | | $2,383,147.99 | $0.00 | $2,383,147.99 |
| **First Commonwealth Bank 601 Philadelphia Street Indiana, PA 15701** | | **All Debtor's Assets** | | $506,200.00 | $0.00 | $506,200.00 |
| **First Commonwealth Bank 601 Philadelphia Street Indiana, PA 15701** | | **All Debtors' Assets** | | $249,687.50 | $0.00 | $249,687.50 |
| **Forest City Bessemer Court** | | **Rent** | | | | **$20,014.72** |
| **Ken Zeff 2817 Beechwood Blvd Pittsburgh, PA 15217** | | | | | | **$685,490.17** |

Debtor  **Ed's Beans, Inc.**
        Name                                                    Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **North Suburban Land Company 9400 McKnight Road Suite 207 Pittsburgh, PA 15237** | | **Rent** | | | | **$49,217.75** |
| **Paypal Merchant Loan 2211 North First Street San Jose, CA 95131** | | | | | | **$106,671.86** |
| **Southpoint Towne Center, L.P. 375 Southpointe Blvd. Suite 410 Canonsburg, PA 15317** | | **Rent** | | | | **$25,406.99** |
| **Square Merchant Loan Celtic Bank 2688 State Street #300 Salt Lake City, UT 84111** | | **Loan** | | | | **$170,901.12** |

Software Copyright (c) 1996-2020 Best Case, LLC – www.bestcase.com                                                Best Case Bankruptcy

**United States Bankruptcy Court**
**Western District of Pennsylvania**

In re  Ed's Beans, Inc.
_____    Case No. _____
                           Debtor(s)    Chapter    11

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  October 19, 2020    /s/ Ed Wethli
                           Ed Wethli/President
                           Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

225 Ross Street Associates, L.P.
225 Ross Street
Pittsburgh, PA 15219

2700 East Carson Street Assoc.
Key Bank Lockbox
P.O. Box 944086
Cleveland, OH 44194

2700 East Carson Street Assoc., LP
424 S. 27th Street
Suite 300
Pittsburgh, PA 15203

2700 East Carson Street Assoc., LP
2800 Block Associates, LP
424 S. 27th Street
Suite 300
Pittsburgh, PA 15203

412 Working
2015 Mary Street
Pittsburgh, PA 15203

Aaron Fox Trust
220 South Negley Avenue
Unite 3
Pittsburgh, PA 15206

Aaron Fox Trust
c/o Bernard M. Fox, Trustee
6465 Phillips Avenue
Pittsburgh, PA 15217

ADP, LLC
P.O. Box 842875
Boston, MA 02284

Aii, Inc.
P.O. Box 817
Flanders, NJ 07836

All States Services
P.O. Box 94258
Las Vegas, NV 89193

Ally Bank
P.O. Box 380902
Minneapolis, MN 55438

Alpha Exterminating Co.
P.O. Box 3012
Homestead, PA 15120

Amex Merchant Loan
Attn: Express Mail Remittance Processing
 20500 Belshaw Ave.
Carson, CA 90746

Amex Platinum Card
P.O. Box 1270
Newark, NJ 07101

Armark
AVS Central Lockbox
P.O. Box 731676
Dallas, TX 75373

AT&T Mobility
P.O. Box 6463
Carol Stream, IL 60197

Aunt Anna's Biscotti
302 S. Urania Avenue
Greensburg, PA 15601

Auto Owners
P.O. Box 740312
Cincinnati, OH 45274

Banachoski Design, LLC
1140 Shawnee Ridge Drive
Cheswick, PA 15024

Bank of New York Mellon
c/o BNY Mellon General Services & Corp.
Real Estate
Box 223457
Pittsburgh, PA 15251

Bartram House South Side
204 Redwood Drive
Venetia, PA 15367

Baum Blvd Ground, LLC
Lockbox #4387
P.O. Box 8500
Philadelphia, PA 19178

Baum Boulevard Investors, LP
507 Mortimer Avenue
Sturgis, MI 49091

Berardi's Fresh Roast, Inc.
12029 Abbey Road
North Royalton, OH 44133

Brady Building, LLC
P.O. Box 12636
Pittsburgh, PA 15241

Brentwood Towne Square Assoc.
560 Epsilon Drive
Pittsburgh, PA 15238

Brentwood Towne Square Assoc.
c/o ECHO Real Estate Services Co.
Attn: General Counsel
Pittsburgh, PA 15238

Brentwood Towne Square Associates
c/o ECHO Real Estate Serv. Co.
Atten General Counsel
701 Alphaa Drive
Pittsburgh, PA 15238

Capital One
P.O. Box 71083
Charlotte, NC 28272

Carnegie Library of Pittsburgh
4400 Forbes Avenue
Pittsburgh, PA 15213

Carnegie Library of Pittsburgh- MAIN
Attn: Finance Department
4400 Forbes Avenue
Pittsburgh, PA 15232

Chase Ink Card
Cardmember Services
P.O. Box 1423
Charlotte, NC 28201

Citibank - Costco Visa
Citi Cards
P.O. Box 9001016
Louisville, KY 40290

Cogency Global, Inc.
10 E. 40th Street
10th Floor
New York, NY 10016

Colangelo's
223 McMurray Road
Pittsburgh, PA 15241

Comcast Business
P.O. Box 70219
Philadelphia, PA 19176

Comprehensive Healthcare Management Serv
d/b/a Brighton Wellness and Rehabilitati
246 Friendship Circle
Beaver, PA 15009

Consolidated Communications
P.O. Box 66523
Saint Louis, MO 63166

D&B Bakery, LLC
d/b/a Orams Donut Shop
120 Branch Drive
Beaver Falls, PA 15010

Dart Container Corp.
P.O. Box 73741
Chicago, IL 60673

Departemnt of Property Management
Attn: Leased Property Manager
127 N. Bellefield Aveue
Pittsburgh, PA 15213

Duquesne Light Company
Payment Processing Center
P.O. Box 10
Pittsburgh, PA 15230

Ed Wethli
320 Steeplechase Drive
Cranberry Twp, PA 16066

Ellsworth Center Company

Ellsworth Center Company
5830 Ellsworth Ave.
Suite 300
Pittsburgh, PA 15232

Enviro-Master
290 Alpha Drive
Pittsburgh, PA 15238

Espresso Analyst
135 Stormer Road
Indiana, PA 15701

FC Station Square Bessemer, LLC
FC Pierrepont Assoc, LLC- ST SQ
P.O. Box 76335
Baltimore, MD 21275

Fed-Ex
P.O. Box 371461
Pittsburgh, PA 15250

Fees Contact


First Commonwealth Bank
601 Philadelphia Street
Indiana, PA 15701

Forest City Bessemer Court


Forest City Bessemer Court
Terminal Tower
50 Public Square
Suite 1360
Pittsburgh, PA 15232

Forest City Bessemer Court, L.P.
Terminal Tower
50 Public Square
Suite 1360
Cleveland, OH 44113

Ghirardelli Chocolate Company
P.O. Box 202700
Dallas, TX 75320

Good L'Oven Cookies
322 Sewickley- Oakmont Road
Pittsburgh, PA 15237

Great America Financial Services
P.O. box 660831
Dallas, TX 75266

Guittard Chocolate Co.
Dept. 34305
P.O. box 39000
San Francisco, CA 94139

Heritage Valley Health Systems
Attn: Ilene Sabina
420 Rouser Road
Suite 201
Coraopolis, PA 15108

Heritage Valley Health Systems
c/o Ray Farrow, System Director
1000 Dutch Ridge Road
Beaver, PA 15009

Hertz Four Gateway Cetner, LP
P.O. Box 784147
Philadelphia, PA 19178

Hertz Gateway Center, LP
1522 Second Street
Santa Monica, CA 90401

Hertz One Gateway
Hertz One Gateway Center, LP
P.O. Box 784147
Philadelphia, PA 19178

Homer Nine & Sons, Inc.
415 Mulberry Street
Beaver, PA 15009

Indulgent Foods, LLC
P.O. Box 10
Farmington, UT 84025

Innovative Beverage Concepts
9600 Research Drive
Unit 5F
Irvine, CA 92618

Java Jacket
910 NE 57th
Portland, OR 97213

Ken Zeff
2817 Beechwood Blvd
Pittsburgh, PA 15217

Lawrence J. Maiello
Maiello, Brungo & Maiello, LLP
424 S. 27th Street
Suite 210
Pittsburgh, PA 15203

Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219

Liberty Mutual Insurance
P.O. Box 2051
Keene, NH 03431

Manuf. & Bus. Assoc. Insurance Plan
Three Gateway Center
Suite 1625
Pittsburgh, PA 15222

Mediterra Bakehouse
801 Parkway View Drive
Pittsburgh, PA 15205

Mellon Bank, N.A.
c/o Jones Lang LaSalle Americas, Inc.
Attn: Leasing Administration
525 William Penn Place, 20th Floor
Pittsburgh, PA 15219

Murman and O'Hara Enterprise, LLC
5830 Ellsworth Avenue
Pittsburgh, PA 15232

Nissan Motor Acceptance Corp.
P.O. Box 740596

Nissian Motor Acceptance Corp.
P.O. Box 740596
Cincinnati, OH 45274

North Atlantic Speciality Bag
Division of Diversified Pkg Concept
929 Neversink Street
Reading, PA 19606

North Suburban Land Company
9400 McKnight Road
Suite 207
Pittsburgh, PA 15237

Office of General Counsel
1700 Cathedral of Learning
University of Pittsburgh
Pittsburgh, PA 15260

One Village Square
417 Walnut Street
Suite 200
Sewickley, PA 15143

One Village Square, LLC
Schenley Capital, Inc.
417 Walnut Street
Sewickley, PA 15143

PA Turnpike
P.O. Box 645631
Pittsburgh, PA 15264

Paypal Credit
P.O. Box 71202
Charlotte, NC 28272

Paypal Merchant Loan
2211 North First Street
San Jose, CA 95131

Penn. Dept. of Agriculture
Bureau of Food Safety andLaboratory Ser
2301 N. Cameron Street
Harrisburg, PA 17110

Pit Specialty Supply
405 Allegheny Street
Tarentum, PA 15084

Pittsburgh Cultural Trust
Attn: Finance
803 Liberty Ave.
Pittsburgh, PA 15222

PMC Property Group
1608 Walnut Street
Suite 1400
Philadelphia, PA 19103

Port Authority of Allegheny County
345 Sixth Avenue
Pittsburgh, PA 15222

Precision Copy Products
600 State Street
Clairton, PA 15025

Quick Fit Bites
4 York Street
Montville, NJ 07045

Reliance Food Services
1050 Palmyrita Avenue
Riverside, CA 92507

Royal Coffee NY, Inc.
661 Hadley Road
South Plainfield, NJ 07080

Royal Tea New York, LLC
661 Hadley Road
South Plainfield, NJ 07080

Sewickley Water Authority
P.O. Box 190
Sewickley, PA 15143

Southpoint Towne Center, L.P.
375 Southpointe Blvd.
Suite 410
Canonsburg, PA 15317

Southpointe Town Center, L.P.
375 Southpointe Boulevard
Suite 400
Canonsburg, PA 15317

Southpointe Town Cetner, L.P.
c/o Miller Capital Advisory, Inc.
5750 Old Orchard Road
Suite 400
Skokie, IL 60077

Square Merchant Loan
Celtic Bank
2688 State Street #300
Salt Lake City, UT 84111

Stanwix Lender Associates, L.P.
707 Grant Street
8th Floor
Pittsburgh, PA 15219

Swede Farms, Inc.
480 Alfred Avenue
Teaneck, NJ 07666

Synchrony Bank/Amazon
P.O. Box 960016
Orlando, FL 32896

Sysco Pittsburgh, LLC
One Whitney Drive
Harmony, PA 16037-7000

The Pittsburgh Trust for Cultural Resour
803 Liberty Avenue
Pittsburgh, PA 15222

The Webstaurant Store

Unifirst Corporation
1150 Second Avenue
New Kensington, PA 15068

Unifirst Corporation- NJ
Attn: Accounts Receivables
54 S. Jefferson Road
Whippany, NJ 07981

United Refrigeration, Inc.
P.O. Box 82-0100
Philadelphia, PA 19182

University of Pittsburgh
Property Management
P.O. Box 223810
Pittsburgh, PA 15251

University of Pittsburgh
Attn: Senior Vice Chancellor
124 Cathedral of Learning
Pittsburgh, PA 15260

University of Pittsburgh
Department of Property Management
Attn: Leased Property Manager
127 N. Bellefield Ave.
Pittsburgh, PA 15213

University of Pittsburgh- Facilities
Student Payment Center
G-7 Thackeray Hall
Pittsburgh, PA 15260

UPMC East
Attn: UPMC Corporate Real Estaet
US Steel Tower, 60th Floor

UPMC East
Attn: UPMC Corporate Real Estate
US Steel Tower, 60th Floor
600 Grant Street
Pittsburgh, PA 15219

UPMC Health Network
Box 371842
Pittsburgh, PA 15250

UPMC Rent Receivables
Box 223572
Pittsburgh, PA 15251

Valley Containers, Inc.
3515 Union Street
Mineral Ridge, OH 44440

Verizon
P.O. Box 15124
Albany, NY 12212

Ward Trucking, LLC
P.O. Box 1553
Altoona, PA 16603

West Penn Power
P.O. Box 3687
Akron, OH 44309

William Barron
P.O. Box 40371
Pittsburgh, PA 15201

# United States Bankruptcy Court
## Western District of Pennsylvania

In re __Ed's Beans, Inc.__ _____

Debtor(s)

Case No. _____

Chapter __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ed's Beans, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 19, 2020

Date

/s/ Crystal H. Thornton-Illar

Crystal H. Thornton-Illar 93003

Signature of Attorney or Litigant
Counsel for __Ed's Beans, Inc.__
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place
28th Floor
Pittsburgh, PA 15219
412-261-1600 Fax:412-227-5551
cthornton-illar@leechtishman.com

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### Western District of Pennsylvania

In re    **Ed's Beans, Inc.** _____    Case No. _____
                    Debtor(s)                                Chapter    **11**    _____

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Ed Wethli**, declare under penalty of perjury that I am the **President of Ed's Beans, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of _____, 20 ___ .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ed Wethli, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ed Wethli, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ed Wethli, President** of this Corporation is authorized and directed to employ **Crystal H. Thornton-Illar 93003**, attorney and the law firm of **Leech Tishman Fuscaldo & Lampl, LLC** to represent the corporation in such bankruptcy case."

Date    **October 19, 2020** _____    Signed _____
                                                            Ed Wethli

### Resolution of Board of Directors
### of
### Ed's Beans, Inc.

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Ed Wethli, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Ed Wethli, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Ed Wethli, President** of this Corporation is authorized and directed to employ **Crystal H. Thornton-Illar 93003**, attorney and the law firm of **Leech Tishman Fuscaldo & Lampl, LLC** to represent the corporation in such bankruptcy case.

Date   **October 19, 2020** _____   Signed _____

Date   **October 19, 2020** _____   Signed _____

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy