10:35 AM
02/05/20
Accrual Basis

# Ed's Bean Inc.
## Balance Sheet
### As of December 31, 2019

|  | Dec 31, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1101 · Petty Cash Corporate | 221.30 |
| 1106 · Petty Cash - CM Retail Stores | 14,212.50 |
| 1111 · First Commonwealth Operating | 90,126.21 |
| 1112 · First Commonwealth Payroll Acct | 613.84 |
| 1116 · Citizens Bank x6424 | 27,236.93 |
| 1117 · JPMorgan Chase Bank x5090 | 2,348.25 |
| 1119 · PAYPAL RESERVE | 4,229.24 |
| **Total Checking/Savings** | 138,988.27 |
| **Accounts Receivable** | |
| 1201 · Accounts Receivable | 539,052.44 |
| **Total Accounts Receivable** | 539,052.44 |
| **Other Current Assets** | |
| 1140 · CM Cash Collected - Undeposited | 12,572.47 |
| 1141 · POS Credit Sales - Undeposited | -3,161.82 |
| 1142 · Square Other - Undeposited | 65.27 |
| 1202 · Advances to Shareholder | 478,840.84 |
| 1204 · Advance Payment | 4,476.10 |
| 1206 · Prepaid Expenses | 33,455.48 |
| 1401 · Inventory | 22,889.69 |
| 1403 · Inventory - Coffee Equipment | 6,014.87 |
| 1440 · Inventory - CM Stores | 114,117.27 |
| **Total Other Current Assets** | 669,270.17 |
| **Total Current Assets** | 1,347,310.88 |
| **Fixed Assets** | |
| 1601 · Equipment | 410,438.19 |
| 1603 · Company Vehicle | 131,499.04 |
| 1604 · Office Equipment | 14,920.38 |
| 1625 · Construction in Progress | 10,431.50 |
| 1650 · Leasehold Improvements | 38,749.63 |
| 1700 · Accumulated Depreciation | |
| 1701 · Equipment | -102,081.55 |
| 1703 · Company Vehicle | -76,911.25 |
| 1704 · Office Equipment | -8,453.00 |
| 1750 · Leaseholds | -15,090.00 |
| Total 1700 · Accumulated Depreciation | -202,535.80 |
| **Total Fixed Assets** | 403,502.94 |
| **Other Assets** | |
| 1800 · GOODWILL | 3,573,458.48 |
| 1801 · Security Deposits | 41,522.05 |
| 1802 · Soft Costs - M&A | 370.00 |
| 1803 · Loan Procurement Costs - M&A | 88,202.50 |
| 1804 · Accumulated Ammortization | -368,709.44 |
| **Total Other Assets** | 3,334,843.59 |
| **TOTAL ASSETS** | **5,085,657.41** |

For Internal Use Only                                                                                                                    Page 1 of 2

**Ed's Bean Inc**

Accrual Basis

# Balance Sheet
## As of December 31, 2019

|  | Dec 31, 19 |
|---|---:|
| **LIABILITIES & EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         2001 · Accounts Payable | 315,198.45 |
|       **Total Accounts Payable** | 315,198.45 |
|       **Credit Cards** | |
|         2200 · CAPITAL ONE | 8,767.87 |
|         2260 · CHASE FREEDOM | 12,338.95 |
|         2261 · CHASE INK BUSINESS CASH | 51,432.16 |
|         2262 · COSTCO CITI VISA | 25,310.94 |
|         2263 · AMERICAN EXPRESS BUSINESS | 116,759.36 |
|         2264 · CITI AAdvantage MC | 3,031.70 |
|         2265 · AMERICAN EXPRESS DELTA | 13,360.00 |
|         2266 · BEST BUY CREDIT SERVICES | 745.79 |
|       **Total Credit Cards** | 231,746.77 |
|       **Other Current Liabilities** | |
|         2303 · Sales Tax Payable | 19,305.86 |
|         2306 · Accrued Wages | -42,962.07 |
|         2310 · Deferred Revenue | 322,448.43 |
|         2440 · CM Gift Cards Outstanding | 22,608.73 |
|       **Total Other Current Liabilities** | 321,400.95 |
|     **Total Current Liabilities** | 868,346.17 |
|     **Long Term Liabilities** | |
|       2121 · ALLY CHEVY VAN LOAN | 7,923.20 |
|       2125 · FIRST COMMONWEALTH LOC 5108 | 249,687.50 |
|       2126 · FIRST COMMONWEALTH LOAN 5022 | 2,437,620.48 |
|       2190 · Nissan 2018 NV200 | 16,654.26 |
|       2191 · Nissan Sentra 2019 | 16,682.77 |
|       2513 · AMEX MERCHANT FINANCING | 89,804.00 |
|       2514 · SQUARE CAPITAL LOANS | 44,175.67 |
|       2515 · PAYPAL LOANS | 51,178.09 |
|       2807 · Ken Zeff $250K Note | 166,666.63 |
|       2808 · Ken Zeff $500K Note | 522,990.11 |
|     **Total Long Term Liabilities** | 3,603,382.71 |
|   **Total Liabilities** | 4,471,728.88 |
|   **Equity** | |
|     3501 · Common Stock | 30,809.69 |
|     3601 · Additional Paid In Capital | 114,863.87 |
|     3602 · Tim Albanese | 450,000.00 |
|     3603 · Marcie Wethli | 200,000.00 |
|     3604 · Tim Burgan | 150,000.00 |
|     3606 · Nick Renaldo | 75,000.00 |
|     3701 · Retained Earnings | -56,493.44 |
|     3706 · Shareholder Distribution | -163.39 |
|     Net Income | -350,088.20 |
|   **Total Equity** | 613,928.53 |
| **TOTAL LIABILITIES & EQUITY** | **5,085,657.41** |