**Ed's Bean Inc**

**Profit & Loss**

**January through December 2019**

Accrual Basis

| | Jan - Dec 19 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4001 · Sales | 818,818.70 |
| 4002 · Sales Discount | -2,412.92 |
| 4003 · Sales - Equipment | 12,341.96 |
| 4004 · Sales Discount - Equipment | -250.99 |
| 4030 · Sales - KSA | 765,831.43 |
| 4040 · Sales - CM Stores | 5,364,637.92 |
| 4041 · Sales Discount - CM Store | -215,233.03 |
| 7001 · Other Income | 55,960.08 |
| **Total Income** | 6,799,693.15 |
| **Cost of Goods Sold** | |
| 5001 · Cost of Goods Sold | 458,662.67 |
| 5003 · COGS - Coffee Equipment | 12,144.24 |
| 5004 · COGS - KSA | 528,568.47 |
| 5040 · COGS - CM Stores | 1,557,527.79 |
| **Total COGS** | 2,556,903.17 |
| **Gross Profit** | 4,242,789.98 |
| **Expense** | |
| 4000 · Reconciliation Discrepancies | 899.35 |
| 6001 · Accounting & Payroll Service | 75,711.36 |
| 6002 · Advertising | 625.76 |
| 6003 · Automobile | 35,138.14 |
| 6004 · Bank Service Charges | 13,010.67 |
| 6006 · SALES/MARKETING | 17,959.97 |
| 6007 · Cr Card Fees | 199,456.54 |
| 6008 · Dues, Licenses & Subscriptions | 5,259.47 |
| 6009 · Contributions | 302.60 |
| 6010 · Insurance | 58,955.23 |
| 6011 · Interest | 306,856.93 |
| 6013 · Legal and Professional Expense | 12,418.14 |
| 6014 · Meals | 9,152.67 |
| 6015 · Miscellaneous Expense | 11,643.88 |
| 6016 · Office Expense | 4,726.21 |
| 6017 · Repairs & Maintenance | 2,615.97 |
| 6018 · Rent | 851,258.86 |
| 6019 · Information Technology | 14,502.32 |
| 6020 · Salaries & Wages | 1,930,619.88 |
| 6021 · Shipping | 5,046.75 |
| 6023 · Telephone | 5,714.97 |
| 6024 · Travel | 13,300.58 |
| 6025 · Utilities | 20,732.25 |
| 6026 · Bad Debt Expense | 1,896.92 |
| 6028 · Payroll Taxes | 222,314.61 |
| 6030 · Shipping-FedEx | 7,921.08 |

**Accrual Basis**

**Ed's Bean Inc.**
**Profit & Loss**
**January through December 2019**

|                                           | Jan - Dec 19 |
|-------------------------------------------|-------------:|
| 6031 · Amortization Expense               | 394,143.26  |
| 6036 · Employee Benefits                  | 97,342.27   |
| 6037 · Warehouse                          | 1,497.49    |
| 6038 · 3rd Party Equip Service            | 36,563.99   |
| 6039 · Store Maintenance & Services       | 53,546.22   |
| 6040 · Store Misc Expense                 | 11,561.45   |
| 6041 · Store Utilities                    | 181,926.37  |
| 6600 · Over/Short                         | 204.87      |
| 6603 · Amazon Fees                        | 897.41      |
| 6604 · KSA Expense                        | 4,216.94    |
| **Total Expense**                         | 4,609,941.38 |
| **Net Ordinary Income**                   | -367,151.40 |
| **Other Income/Expense**                  |             |
| **Other Income**                          |             |
| 7003 · Interest Income                    | 17,443.97   |
| **Total Other Income**                    | 17,443.97   |
| **Net Other Income**                      | 17,443.97   |
| **Net Income**                            | **-349,707.43** |