**Schedule "1"**
**Utility Providers**

# Kiva Han Coffee

## VENDOR CONTACT LIST

| VENDOR | PHONE NUMBERS | EMAIL | FULL NAME | ADDRESS | ACCOUNT # |
|---|---|---|---|---|---|
| PSE&G | Phone: 1-800-436-7734 | | | PSE&G<br>PO BOX 14444<br>NEW BRUNSWICK NJ 08906-4444 | |
| -WEST PENN POWER | Phone: 1-800-686-0021 | | | West Penn Power<br>PO Box 3687<br>Akron OH 44309-3687 | |
| -SEWICKLEY WATER AUTHORITY | Phone: 412-741-9180 | | | Water Authority<br>P.O. Box 190<br>Sewickley,<br>Sewickley PA 15143-0190 | |
| -OLYMPIC II MALL SERVICES | Phone: (800) 722-5371 | | | OLYMPIC II MALL SERVICES<br>PO Box 19930<br>Fountain Hills AZ 85269 | |
| ARMSTRONG | | | | PO BOX 37749<br>PHILADELPHIA PA 19101-5049 | |
| AT&T MOBILITY | Phone: (800) 331-0500 | | | PO BOX 6463<br>CAROL STREAM IL 60197-6463 | |
| COLUMBIA GAS | Phone: 888-460-4332 | | | COLUMBIA GAS OF PA<br>P.O. BOX 742537<br>CINCINNATI OH 45274-2537 | |
| COMCAST BUSINESS | Phone: 1-800-391-3000 | | | PO BOX 70219<br>Philadelphia PA 19176-0219 | |
| CONSOLIDATED COMMUNICATIONS | Phone: 724-443-9535 | | | P.O. BOX 66523<br>ST. LOUIS MO 63166-6523 | |
| DUQUESNE LIGHT COMPANY | Phone: (412) 393-7300 | | | DUQUESNE LIGHT CO<br>PAYMENT PROCESSING CENTER<br>PO BOX 10<br>PITTSBURGH PA 15230-0010 | |
| JOSEPH J. BRUNNER, INC. | Phone: 724-775-6665<br>Fax: 724-775-6670 | | | 211 BRUNNER RD.<br>ZELIENOPLE PA 16063 | |
| PENN POWER | Phone: 800-720-3600 | | | P.O. Box 3686<br>AKRON OH 44309-3680 | |
| PEOPLE'S GAS | Phone: (800) 764-0111 | | | PO BOX 644760<br>PITTSBURGH PA 15264-4760 | |
| VERIZON | Phone: (800) 837-4966 | | | PO BOX 15124<br>ALBANY NY 12212-5124 | |
| VOGEL DISPOSAL SERVICE | Phone: 724-625-1511<br>Fax: 412/625-3750 | | | P.O. BOX 847<br>MARS PA 16046 | |