**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 20-22974-CMB |
| | : | |
| ED'S BEANS, INC. D/B/A | : | |
| CRAZY MOCHA AND | : | |
| KIVA HAN COFFEE, | : | |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| ED'S BEANS, INC. D/B/A | : | Docket No. |
| CRAZY MOCHA AND | : | |
| KIVA HAN COFFEE, | : | |
| Movant, | : | Hearing Date: |
| | : | |
| v. | : | |
| | : | Response Date |
| NO RESPONDENTS. | : | |

**SCHEDULE "1" TO EMERGENCY MOTION BY THE DEBTOR PURSUANT TO 11 U.S.C. §§ 105(a), 362(d), 363(b), 507 AND 1114(e) AND FED. R. BANKR. P. 4001, 6003, AND 6004 FOR AUTHORITY TO: (I) PAY PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION AND BENEFITS, (II) MAINTAIN EMPLOYEE BENEFIT PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS, AND (III) AUTHORIZE BANKS TO HONOR AND PROCESS <u>RELATED CHECKS AND TRANSFERS</u>**

| Employee Obligation | Pre-Petition Amount |
|---|---|
| Compensation Obligation | $8,000 |
| Payroll Processing Obligation | $1,200 |
| Payroll Tax Obligation | $1,000 |
| Health Care Benefit Obligation | $500.00 |
| Dependent Life Insurance Obligation | $400.00 |