# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 20-22974-CMB |
| | : | |
| ED'S BEANS, INC. D/B/A CRAZY MOCHA COFFEE AND KIVA HAN COFFEE | : : : | |
| | : | |
|    Debtor. | : | Chapter 11 |
| | : | |
| ED'S BEANS, INC. D/B/A CRAZY MOCHA COFFEE AND KIVA HAN COFFEE | : : : | Docket No. |
|    Movant, | : | Hearing Date: |
| | : | |
| v. | : | |
| | : | Response Date |
| PSE&G, WEST PENN POWER, SEWICKLEY WATER AUTHORITY, OLYMPIC II MALL SERVICES, AT&T MOBILITY, COLUMBIA GAS, COMCAST BUSINESS, CONSOLIDATED COMMUNICATIONS, DUQUESNE LIGHT COMPANY, JOSEPH J. BRUNNER, INC., PENN POWER, PEOPLE'S GAS, VERIZON, VOGEL DISPOSAL SERVICE | : : : : : : : : : : | |
|    Respondents. | : | |

**ORDER OF COURT GRANTING AUTHORITY TO: (I) PAY PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION AND BENEFITS, (II) MAINTAIN EMPLOYEE BENEFIT PROGRAMS AND PAY RELATED ADMINISTRATIVE OBLIGATIONS, AND (III) TO AUTHORIZE BANKS TO <u>HONOR AND PROCESS RELATED CHECKS AND TRANSFERS</u>**

AND NOW this _____ day of _____, 2020, upon consideration of the Emergency Motion (the "**Motion**") pursuant to 11 U.S.C. §§ 105(a), 362(d), 363(b), 507 and 1114(e) and Rules 4001, 6003, and 6004 of the Fed. R. Bankr. P. for Authority to: (i) Pay Prepetition Wages, Salaries, and Other Compensation and Benefits, (ii) Maintain Employee

Benefit Programs and Pay Related Administrative Obligations, and (iii) to Authorize Banks to Honor and Process Related Checks and Transfers, and the Bankruptcy Court having jurisdiction to consider the Motion and the relief requested therein and it appearing under the circumstances, that adequate and sufficient notice of the Motion having been given, and that no further notice need be given, and the Court having considered the Motion, and determined that the legal and factual bases set forth in the Motion constitute just cause for the relief requested therein, and it appearing that the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtor and its estate, and is in the best interest of the Debtor, the estate, the creditors and parties in interest; and upon the proceedings had before the Court and after due deliberation and due cause appearing therefore, it is hereby ORDERED ADJUDGED and DECREED, that:

(1) The Motion is GRANTED.

(2) The Debtor is authorized to pay the Employee Obligations as set forth on **Schedule "1"** hereto.

(3) Nothing in the Motion or this Order, nor any payment made pursuant to the authority granted in this Order is intended to be or shall be construed as: (a) an admission as to the validity of a claim against the Debtor; (b) a waiver of the Debtor's or any appropriate party in interest's rights to dispute the amount of, basis of, validity of any claim against the debtor, (c) a waiver of any claim or cause of action which may exist against a creditor or interest holder, (d) an approval, assumption, adoption or rejection of any agreement, contract, lease, program or policy between the Debtor and any third party under section 365 of the Bankruptcy Code.

(4) Notwithstanding the entry of this Order, nothing herein shall create, nor is intended to create any rights in favor of or enhance that status of any claim held by any party.

(5) The terms and conditions of this Order are immediately effective and enforceable upon its entry.

(6) The Debtor is authorized to take all action necessary to the relief granted in this Order.

(7) The Court shall retain jurisdiction with respect to all matters arising or related to the interpretation and implementation of this Order.

_____
J.
United States Bankruptcy Court

**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 20-22974-CMB |
| | : | |
| ED'S BEANS, INC. D/B/A | : | |
| CRAZY MOCHA AND | : | |
| KIVA HAN COFFEE, | : | |
| | : | |
| Debtor. | : | Chapter 11 |
| | : | |
| ED'S BEANS, INC. D/B/A | : | Docket No. |
| CRAZY MOCHA AND | : | |
| KIVA HAN COFFEE, | : | |
| Movant, | : | Hearing Date: |
| | : | |
| v. | : | |
| | : | Response Date |
| NO RESPONDENTS. | : | |

**SCHEDULE "1" ORDER OF COURT GRANTING AUTHORITY TO: (I) PAY
PREPETITION WAGES, SALARIES, AND OTHER COMPENSATION AND
BENEFITS, (II) MAINTAIN EMPLOYEE BENEFIT PROGRAMS AND PAY
RELATED ADMINISTRATIVE OBLIGATIONS, AND (III) TO AUTHORIZE
BANKS TO HONOR AND PROCESS RELATED CHECKS AND TRANSFERS**

| **Employee Obligation** | **Pre-Petition Amount** |
|---|---|
| Compensation Obligation | $8,000 |
| Payroll Processing Obligation | $1,200 |
| Payroll Tax Obligation | $1,000 |
| Health Care Benefit Obligation | $500.00 |
| Dependent Life Insurance Obligation | $400.00 |