IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 20-22974-CMB |
| | ) | |
| ED'S BEANS, INC. | ) | |
| a/k/a Kiva Han Cofee | ) | |
| a/k/a Crazy Mocha | ) | Chapter: 11 |
| Debtor(s), | ) | |
| | ) | |
| BRADY BUILDING, LLC | ) | Hearing date and time: |
| | ) | |
| Movant(s), | ) | **Thursday, 2/4/21 @ 1:30 PM** |
| | ) | |
| v. | ) | |
| | ) | |
| ED'S BEANS, INC. | ) | |
| a/k/a Kiva Han Coffee | ) | |
| a/k/a Crazy Mocha | ) | |
| Respondent(s). | ) | |

## CERTIFICATE OF SERVICE

CERTIFICATE OF SERVICE I certify under penalty of perjury that I am, at all times hereinafter mentioned was, more than 18 years of age and that on the 6th day of January, 2021, I served a copy of the Motion for Relief from Stay and the Notice of Zoom Hearing with Response Deadline, filed in this proceeding, by Electronic Notification on the following persons:

Crystal H. Thornton-Illar, Esquire
John M. Steiner, Esquire
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place,
28th Floor Pittsburgh, PA 15219

William G. Kreiger
GLEASON
One Gateway Center, Suite 525
420 Ft. Duquesne Blvd.
Pittsburgh, PA 15222

Office of the United States Trustee
Suite 970, Liberty Center
1001 Liberty Avenue
Pittsburgh, PA 15222

Date of Service: January 6, 2021

Adam T. Petrun
Attorney for Movant/Applicant

Signature
/s/ Adam T. Petrun

Voelker & Associates, P.C.
3960 Route 8, Suite 200
Allison Park, PA 15101

Telephone Number
412-486-8800

Attorney I.D. No. 316775