**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| **ED'S BEANS, INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC,** | Bankruptcy No. 20-22974-CMB<br><br>Chapter 11<br><br>Document No. |
|       Debtor. | |

_____

**BAUM BOULEVARD INVESTORS LP,**
      Movant,
  v.

**ED'S BEANS, INC., D/B/A
CRAZY MOCHA, CRAZY MOCHA
COFFEE, CRAZY MOCHA COFFEE
COMPANY, KIVA HAN, KIVA HAN
COFFEE, KH AND KHC,**

      Respondent.

## ORDER OF COURT

It is hereby **ORDERED**, **ADJUDGED** and **DECREED** upon consideration of the foregoing Expedited Motion to Compel Immediate Rejection of Lease and Surrender of Possession of Premises and For the Allowance and Payment of Administrative Claims including consideration of any response or objection to the Motion, and after such notice and opportunity for a hearing as the Court deemed appropriate in the circumstances, and the Court finding sufficient cause therefor, it is hereby ORDERED, ADJUDGED, and DECREED that the Motion is GRANTED; and

    (1)    The Lease Agreement is Rejected;

    (2)    Baum Boulevard Investors LP is granted immediate possession with

respect to the subject premises;

    (3)    The Debtor shall have _____ days to remove all contents or the contents shall be deemed abandoned; and

    (4)    The Debtor shall immediately pay Baum Boulevard Investors their administrative claim in the amount of $46,507.00.


DATE:_____                          _____
                                            United States Bankruptcy Court Judge