**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| **ED'S BEANS, INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC,** | Bankruptcy No. 20-22974-CMB<br><br>Chapter 11<br><br>Document No. |

       **Debtor.**

_____

**BAUM BOULEVARD INVESTORS LP,**

       **Movant,**

   **v.**

**ED'S BEANS, INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC,**

       **Respondent.**

### NOTICE AND ORDER SETTING HEARING ON AN EXPEDITED BASIS

      *AND NOW*, this _____ day of _____, 21___, **NOTICE IS HEREBY GIVEN THAT** a *Request for an Expedited Hearing on Motion to Compel Immediate Rejection of Lease and Surrender of Possession of Premises and for the Allowance and Payment of Administrative Claims* ("Motion") has been filed in the above-referenced case by Robert O Lampl Law Office, Counsel for Baum Boulevard Investors LP.

      *On* _____, *2021* at _____ *M.* a hearing has been scheduled _____.

      *On or before* _____, *Responses* to the *Motion* shall be filed with the Clerk of the Bankruptcy Court and served on the parties in interest.

      *Movant shall serve* a copy of this completed Scheduling Order and the Motion by U.S. Mail **and**, (1) hand delivery **or** (2) facsimile **or** (3) email (separate from CM/ECF) on the Respondent(s), Trustee, Debtor, Debtor's Counsel, all secured creditors whose interests may be affected by the relief requested, U.S. Trustee and counsel for any committee. In the absence of a committee, the Movant shall serve the 20 largest unsecured creditors. Movant shall immediately file a certificate of service indicating such service.

                                                                                                                              Carlota M. Bohm
                                                                United States Bankruptcy Judge

**PAWB Local Form 20  (10/16)**