# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | |
| KH AND KHC, | : | |
| | : | |
| Debtor. | : | Chapter 11 (Sub. V) |
| _____ | : | |
| | : | Related Docket Nos.: 411, 413 |
| ONE VILLAGE SQUARE, LLC | : | |
| | : | Hearing Date: April 27, 2021 at 10:00 a.m. |
| Movant, | : | |
| | : | Response Date: April 27, 2021 at 8:00 a.m. |
| | : | |
| v. | : | |
| ED'S BEANS, INC., D/B/A CRAZY | : | |
| MOCHA,CRAZY MOCHA COFFEE, | : | |
| CRAZY MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | |
| KH AND KHC, | : | |

## ORDER OF COURT

AND Now, upon consideration of the Expedited Motion for Relief from the Automatic Stay (the "**Motion**") filed by One Village Square, LLC, it is hereby

**ORDERED, ADJUDGED, and DECREED** that the Motion is **DENIED.**

BY THE COURT:

_____
Carlota Bohm
United States Bankruptcy Judge