**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | |
| KH AND KHC, | : | |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| | : | Docket No. ____ |
| ELLSWORTH CENTER COMPANY, | : | |
| | : | Related Docket Nos.: 396 |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | Hearing Date: May 12, 2021 |
| ED's BEANS, INC., aka KIVA HAN | : | |
| COFFEE, aka CRAZY MOCHA, | : | Response Date: May 3, 2021 |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF SERVICE OF LIMITED OBJECTION TO MOTION FOR RELIEF FROM STAY**

    I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served a copy of the Limited Objection to Motion for Relief from the Stay on May 3, 2021 as set forth on the attached sheet.

                                       LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: May 3, 2021              By: /s/ *Crystal H. Thornton-Illar*
                                            Crystal H. Thornton-Illar
                                            PA I.D. No. 93003
                                            cthornton-illar@leechtishman.com
                                            525 William Penn Place, 28th Floor
                                            Pittsburgh, Pennsylvania 15219
                                            (412) 261-1600
                                            Counsel for the Debtor

**VIA Court's CM/ECF System and electronic mail on May 3, 2021:**

**225 Ross Street Associates, LP**
c/o Adam T. Petrun
adam.petrun@vaelkerlaw.com

**2700 East Carson Street Assoc.**
c/o Diane Lichauer
Diane.lichauer@cbre.com

**Aaron Fox Trust**
c/o Robert Garvin
RobertG@gkgattorneys.com

**Christopher Azzara**
azzara@smgglaw.com

**William Barron**
c/o Andrew Gross
andrew.gross@grosspatterson.com

**Baum Blvd Ground, LLC**
c/o John Odell and Robert Lampl
john.odell@warnerpacificproperties.com
rol@lampllaw.com

**Brentwood Towne Square Associates**
c/o Mark Lindsay
mlindsay@bernsteinlaw.com

**John J. Brunner, Inc.**
admin@brunnerdisposal.com

**D&B Bakery, LLC**
d/b/a Orams Donut Shop
Bakery@orams.com

**Duquesne Light Company**
c/o Keri Ebecked
kebeck@bernsteinlaw.com
kestevez@bernsteinlaw.com

**Ed's Beans, Inc.**
ed@kivahan.com

**Ellsworth Center**
brian@schreiberrealestate.com
mllodico@rothmangordon.com

**First Commonwealth Bank**
c/o Joe Hynds
JHynds@fcbanking.com

**First Commonwealth Bank**
c/o Justin L. McCall
jmccall@lenderlaw.com

**First Commonwealth Bank**
c/o Andrew Dittoe
adittoe@lenderlaw.com

**FC Station Square Bessemer Court**
jfitzgerald@tuckerlaw.com
ragordon@lerchearly.com
ccgrant@lerchearly.com

**Hertz Gateway Center, LP**
nigroassociateslaw@gmail.com

**William Krieger**
wkrieger@gleasonexperts.com

**National Labor Relations Board-Region 6**
julie.stern@nlrb.gov

**North Suburban Land Company**
al@thomsonproperties.net
gms@muslaw.com

**Office of the United States Trustee**
jodi.hause@usdoj.gov

**One Village Square**
Daniel.branagan@dentons.com
Helen.ward@dentons.com

**People's Natural Gas**
ecfpeoples@grblaw.com
jwallace@grblaw.com

**Port Authority of Allegheny County**
rmonks@portauthority.org

**Royal Coffee NY, Inc.**
c/o Richard Burg
richard@royalny.com

**Southpointe Towne Center, LP**
c/o Rod Piatt
RodneyL53@aol.com
mproctor@bowlesrice.com

**Ross J. Switkes**
rjswitkes@norris-law.com

**The Bank of New York Mellon**
vsanford@reedsmith.com
lsizemore@reedsmith.com

**United States of America, Department of Treasury**
Jill.locnikar@usdoj.gov

**University of Pittsburgh**
paliotta@pitt.edu