# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : : : : : : | Bankruptcy Case No. 20-22974-CMB |
| | : | |
| Debtor. | : | Chapter 11 |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_    Voluntary Petition - *Specify reason for amendment*:

<u>Official Form 6 Schedules</u> (Itemization of Changes Must Be Specified)
\_\_\_\_\_    Summary of Schedules
\_\_\_\_\_    Schedule A - Real Property
__x__    Schedule B - Personal Property- Kiva Han and Crazy Mocha trademarks and fictitious names added
\_\_\_\_\_    Schedule C - Property Claimed as Exempt
\_\_\_\_\_    Schedule D - Creditors holding Secured Claims
        Check one:
        \_\_\_\_\_    Creditor(s) added
        __x__    NO creditor(s) added
        \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule E - Creditors Holding Unsecured Priority Claims
        Check one:
        \_\_\_\_\_    Creditor(s) added
        \_\_\_\_\_    NO creditor(s) added
        \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule F - Creditors Holding Unsecured Nonpriority Claims
        Check one:
        \_\_\_\_\_    Creditor(s) added
        \_\_\_\_\_    NO creditor(s) added
        \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule G - Executory Contracts and Unexpired Leases
        Check one:
        \_\_\_\_\_    Creditor(s) added
        \_\_\_\_\_    NO creditor(s) added
        \_\_\_\_\_    Creditor(s) deleted
\_\_\_\_\_    Schedule H - Codebtors
\_\_\_\_\_    Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_    Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_    Statement of Financial Affairs
\_\_\_\_\_    Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_    Chapter 11 List of Equity Security Holders
\_\_\_\_\_    Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_    Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_    Other: _____

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: May. 13, 2021                    /s/ *Crystal H. Thornton-Illar*
                                       Attorney for Debtor(s) [or *pro se* Debtor(s)]

                                       Crystal H. Thornton-Illar
                                       (Typed Name)

                                       525 William Penn Place, 28th Fl, Pittsburgh, PA 15219
                                       (Address)

                                       412-261-1600
                                       (Phone No.)

                                       PA 93003
                                       List Bar I.D. and State of Admission


Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Ed's Beans, Inc. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 20-22974 |

☒ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | Cash on hand | | $4,498.43 |

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Operating Account at First Commonwealth Bank | Checking | 2343 | $20,103.23 |
| 3.2. | Payroll Account at First Commonwealth Bank | Checking | 0647 | $47,767.43 |
| 3.3. | Checking Account at First Commonwealth (Electronic Transfers) | Checking | 2269 | $62,147.22 |
| 3.4. | Citizens Bank Account | Checking | 6424 | $29,293.05 |
| 3.5. | JP Morgan Chase | Checking | 5090 | $1,585.12 |
| 3.6. | Paypal Reserve Account | Checking | Q7S6 | $5,074.10 |

| Debtor | Ed's Beans, Inc. | Case number (If known) | 20-22974 |
|---|---|---|---|
| | Name | | |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                                                          $170,468.58
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:** **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:** **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☒ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:     158,444.11     -     2,396.00   = ....     $156,048.11
                                  face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**                                                                                                                         $156,048.11
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:** **Investments**

13. **Does the debtor own any investments?**

    ☒ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

**Part 5:** **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** Inventory. See attached. | July 31, 2020 | $69,983.00 | Recent cost | $69,983.00 |

23. **Total of Part 5.**                                                                                                                         $69,983.00
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☐ No

| Debtor | Ed's Beans, Inc. | Case number (If known) | 20-22974 |
|---|---|---|---|
| | Name | | |

☒ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☒ Yes. Book value    20,100.26    Valuation method  **Cost**    Current Value    20,100.26

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>Furniture, Fixtures, and Equipment in stores.<br>See Attached. | $375,000.00 | | $375,000.00 |

| 40. | **Office fixtures** |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

43. **Total of Part 7.**    $375,000.00
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

| Debtor | Ed's Beans, Inc. | Case number (If known) | 20-22974 |
|---|---|---|---|
| | Name | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1. | 2012 Chevrolet K 1500 Suburban LT with approximately 224,373 miles | $0.00 | | $10,000.00 |
| 47.2. | 2008 Dodge Caliber RT FWD with approximatey 107,854 miles | $0.00 | | $1,200.00 |
| 47.3. | 2015 Chevrolet Express G2500 with approximately 120,150 miles | $0.00 | | $11,500.00 |
| 47.4. | 2012 Nissian NV 1500/2500 with approximately 132,676 miles | $0.00 | | $8,500.00 |
| 47.5. | 2008 Honda Accord Touring with approximately 40,262 miles | $0.00 | | $18,000.00 |
| 47.6. | 2018 Nissian NV 200 2 5S/SV (Lease) with approximately 54,852 miles | $0.00 | | $14,500.00 |
| 47.7. | 2019 Nissian Sentra (Lease) with approximately 14,009 miles | $0.00 | | $17,000.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
    Furniture, fixtures, and equipment for Kiva Han.  See attached.      $110,808.89    Replacement    $110,808.89

51. **Total of Part 8.**                                                                                    $191,508.89
    Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ■ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Debtor | Ed's Beans, Inc. | | Case number (If known) | 20-22974 |
|---|---|---|---|---|
| | Name | | | |

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | Store 24- Lease of approximately 950 square feet of space on the first floor of 225 Ross Street to operate coffee shop | Lease | Unknown | | Unknown |
| 55.2. | Store 39- Lease of Store in Southside Works Shoppign Center | Lease | Unknown | | Unknown |
| 55.3. | Store 22- Lease of 2100 and 2102 of Murray Avenue | Lease | Unknown | | Unknown |
| 55.4. | Store 32- Lease of shop inside 5607 Baum Boulevard | Lease | $0.00 | | Unknown |
| 55.5. | Store 36- Lease of approximately 1,441 square feet on second floor of Building B of Brentwood Towne Square Shopping Center | Lease | Unknown | | Unknown |
| 55.6. | Store 4- Lease of beverage bar on first floor of Carnegie Library of Pittsburgh, Main Library | Lease | Unknown | | Unknown |
| 55.7. | Store 40- Lease of space in 246 Friendship Circle | | Unknown | | Unknown |
| 55.8. | Store 1- Lease of approximately 1,500 square fee in Ellsworth Center | Lease | Unknown | | Unknown |

| Debtor | Ed's Beans, Inc. | | Case number (If known) | 20-22974 |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| 55.9. | Store 30- Lease of shop at Bessemer Court at Station Squre | Lease | Unknown | Unknown |
| 55.10. | Store 16- Lease of kiosk on first floor of Heritage Valley Beaver campus | Lease | Unknown | Unknown |
| 55.11. | Store 27- Lease of approximately 1,278 square feet on the first floor of One Gatway Center | Lease | Unknown | Unknown |
| 55.12. | Store 9- Lease of approximately 948 square feet on 1st Floor of One Gateway Center | Lease | Unknown | Unknown |
| 55.13. | Store 17- Lease of portion fo laower lobby of One Mellon Center | Lease | Unknown | Unknown |
| 55.14. | Store 37- Lease of 417 Walnut Street Sewickley PA | Lease | Unknown | Unknown |
| 55.15. | Store 11- Lease of space in Steel Plaza Station | Lease | Unknown | Unknown |
| 55.16. | Store 34- Lease of interior space at Southpointe Towne Center | Lease | Unknown | Unknown |
| 55.17. | Store 21- Lease of a Coffee Kiosk in lobby of 11 Stanwix Street | Lease | Unknown | Unknown |
| 55.18. | Store 14- Lease of approximately 1834 square feet of first floor of 801 Liberty Avenue | Lease | Unknown | Unknown |
| 55.19. | Store 3- Lease of 553 square feet of space in Sennott Square | Lease | Unknown | Unknown |

| Debtor | Ed's Beans, Inc. | Case number (If known) | 20-22974 |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.20. | Store 29- Lease of 320 square feet of retail space in lower level of UPMC East Hospital | Lease | Unknown | | Unknown |
| 55.21. | Store 25- Lease of approximately 1500 square feet in 2 West North Avenue | Lease | Unknown | | Unknown |
| 55.22. | Store 2- Lease of space in 4525 Liberty Avenue | Lease | Unknown | | Unknown |

56. **Total of Part 9.**                                                                                           **$0.00**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ■ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets Kiva Han Trademarks and Fictious Names including :** 1) U.S. Patent and Trademark Office Trademark, Principal Register for Kiva Han, Registration No. 3,148,322; Registration Date: September 26, 2006; 2) Registration of Fictitious Name "Kiva Han" filed May 31, 1995 with the Pennsylvania Department of State at Entity Number 2640045; 3) Registration of Ficitious Name "Kiva Han, 1442 - the Orginial Cafe" with the  Pennsylvania Department of State at Entity Number 2640046;  4) Trademark Kingdom Saudi Arabia Registration Number 143414570 dated Feb. 17, 2014; 5) Trademark "KIV Han") Kingdom of Saudi Arabia registration number 143414571 dated March 4, 2014. | Unknown | | Unknown |

Debtor   **Ed's Beans, Inc.**　　　　Case number *(If known)* **20-22974**
　　　　　Name

| | | |
|---|---|---|
| **Crazy Mocha Trademarks and Fictious Names including:  1) U.S. Patent and Trademark Office Service Mark, Principal Register for "Crazy Mocha Coffee Company", Registration No. 5,678,632; Registration Date: February 19, 2019; 2) Registration of Fictitious Name "Crazy Mocha Coffee Company" filed March 26, 2018 with the Pennsylvania Department of State at Entity Number 6688153; 3) Chinese trademark; and 4) Registration of Trademark ("Crazy Mocha Coffee Company & design") filed June 12, 2018, with the Pennsylvania Department of State at Entity Number 6729114.** | **Unknown** | **Unknown** |

| | | |
|---|---|---|
| 61. | **Internet domain names and websites** | |
| 62. | **Licenses, franchises, and royalties** | |
| 63. | **Customer lists, mailing lists, or other compilations** | |
| 64. | **Other intangibles, or intellectual property** | |
| 65. | **Goodwill** | |
| | Goodwill　　　　　Unknown | Unknown |

66. **Total of Part 10.**　　　　　　　　　　　　　　　　　　　　　　　　　　**$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 11:　All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable**
Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** | |
| 74. **Causes of action against third parties (whether or not a lawsuit** | |

| Debtor | **Ed's Beans, Inc.** | Case number *(If known)* **20-22974** |
|---|---|---|
| | Name | |

**has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Advances to shareholder Edward Wethli made over approximately 20 years totaling $627,771.20. The Debtor submits that the full amount of the shareholder advance is uncollectiable, and, therefore, the value is $0.00. $52,800 of this amount was paid to Mr. Wethli in 2020 but was incorrectly booked as a shareholder advance when it should have been booked as wages.**
    
    $0.00

78. **Total of Part 11.**    $0.00
    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Debtor | Ed's Beans, Inc. | Case number (If known) | 20-22974 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $170,468.58 | |
| 81. | **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. | **Accounts receivable.** Copy line 12, Part 3. | $156,048.11 | |
| 83. | **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. | **Inventory.** Copy line 23, Part 5. | $69,983.00 | |
| 85. | **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $375,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $191,508.89 | |
| 88. | **Real property.** Copy line 56, Part 9.........................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. | **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $963,008.58 + 91b. | $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $963,008.58 |