# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−2 | User: dric | Date Created: 5/26/2021 |
| Case: 20−22974−CMB | Form ID: pdf900 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Ed's Beans, Inc.     711 Thomson Park Drive     Cranberry Twp., PA 16066

TOTAL: 1