# IN THE UNTIED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | |
| KH AND KHC, | : | |
| | : | |
| Debtor. | : | Chapter 11 |
| _____ | : | |
| | : | Related Docket No. 568 |
| SOUTHPOINTE TOWN CENTER, L.P., | : | |
| | : | Hearing Date: July 27, 2021 at |
| Movant, | : | 1:30 p.m. |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Response Date: July 12, 2021 |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | |
| KH AND KHC | : | |
| | : | |
| Respondent. | | |

## CERTIFICATE OF SERVICE OF LIMTIED OBJECTION

I, Crystal H. Thornton-Illar, certify under penalty of perjury that I served or caused to be served a copy of the Limited Objection and Reservation of Rights to Southpointe Town Center LP's Motion for an Order Allowing an Administrative Expenses Claim Pursuant to 11 U.S.C. 365(d)(3) and 503(b)(1)(A).

LEECH TISHMAN FUSCALDO & LAMPL, LLC

Date: July 12, 2021,    By: /s/ *Crystal H. Thornton-Illar*
Crystal H. Thornton-Illar
PA I.D. No. 93003
cthornton-illar@leechtishman.com
525 William Penn Place, 28th Floor
Pittsburgh, Pennsylvania 15219
(412) 261-1600
Counsel for the Debtor

**VIA Electronic mail and the Court's CM/ECF notification system:**

**Jodi Hause**
Email: jodi.hause@usdoj.gov

**William Krieger**
wkrieger@gleasonexperts.com

**Southpointe Towne Center, LP**
mproctor@bowlesrice.com