IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ED'S BEANS, INC., D/B/A CRAZY MOCHA, | : Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, | : Chapter 11 (Subchapter V) |
| KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : Related Doc. Nos.: 572, 573, 574, 575, & 576 |
| | : Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : |
| | : Response Date: August 5, 2021 |
| | : |
| | : Ballot Deadline: August 5, 2021 |

## SUMMARY OF BALLOTS RECEIVED ON ED'S BEANS, INC.'S SUBCHAPTER V - SMALL BUSINESS DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF JULY 2, 2021, AND CERTIFICATION OF COUNSEL

Ed's Beans, Inc., (the "**Debtor**") in the above-captioned proceeding, by and through its undersigned counsel, files the following Summary of Ballots Received on Ed's Beans, Inc.'s Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization Dated as of July 2, 2021 (the "**Amended Plan**"), and Certification of Counsel (the "**Summary of Ballots and Certification**"), stating as follows:

1. The undersigned certifies that to the best of her knowledge and belief all ballots received have been accounted for and tabulated and that this Summary of Ballots and Certification is an accurate representation of the ballots received.[1]

2. The following is a summary of the voting:

---

[1] Due to the COVID-19 Pandemic and many entities, individuals and governmental units not conducting in-person business and working remotely and the potential disruption in sending and receiving mail related thereto, the Debtor received a number of ballots via electronic mail and some by regular or overnight mail. To the best of undersigned counsel's knowledge all ballots received either by regular mail, overnight mail or electronic mail have been accounted for and tabulated in this Summary of Ballots and Certification.

1

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 1 | Ally Financial (Auto Loan) | $5,322.50 | Unimpaired | Deemed to Have Accepted the Plan | |
| Votes Cast: 0 Unimpaired Deemed to have Accepted | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 2 | The Bank of New York Mellon (Security Deposit) | $3,600 | Unimpaired | Deemed to have Accepted the Plan | |
| Votes Cast: 0 Unimpaired Deemed to have Accepted | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 3 | First Commonwealth Bank (SBA Commercial Term Loan and Line of Credit) | $318,000 | Impaired | X | |
| Votes Cast: 1 Votes Accepting: 1 Votes Rejecting: 1 Percentage Accepting: 100% Percentage Rejecting: 0% | | | | | |

| Class # | Class Description | Clam Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 4 | American Express National Bank (Merchant Loan) | $52,846.70 | Impaired | | X |
| Votes Cast: 1 Votes Accepting: 0 Votes Rejecting: 1 Percentage Accepting: 0% Percentage Rejecting: 100% | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 5 | Swift Financial, LLC (PayPal Loan) | $104,514.88 | Impaired | | |
| Votes Cast: 0 Votes Accepting: 0 Votes Rejecting: 0 Percentage Accepting: 0% Percentage Rejecting: 0% | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 6 | Small Business Administration (EIDL) | $152,311.64 | Impaired | | |
| Votes Cast: 0 Votes Accepting: 0 Votes Rejecting: 0 Percentage Accepting: 0% Percentage Rejecting: 0% | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 7 | Nissan Motor Acceptance Corp. (Auto Loan) | $14,290.94 | Impaired | | |
| Votes Cast: 0 Votes Accepting: 0 Votes Rejecting: 0 Percentage Accepting: 0% Percentage Rejecting: 0% | | | | | |

| Class # | Class Description | Claim Amount | Impaired or Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 8 | Priority Unsecured Claims | $27,580.00 | Impaired | | |
| Votes Cast: 0 Votes Accepting: 0 Votes Rejecting: 0 Percentage Accepting: 0% Percentage Rejecting: 0% | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 9 | General Unsecured Creditors | | Impaired | | |
| | First Commonwealth Bank | $2,209,708.43 | | X | |
| | Carnegie Library of Pittsburgh | $5,200.66 | | X | |
| | Hertz Gateway Center, LP | $11,956.26* <br><br> Proof of Claim was for $44,381.46 but included post-petition rent | | X | |
| | North Suburban Land Company | $48,214.95* <br><br> Proof of Claim was for $63,275.95 but included post-petition rent | | X | |
| | Brady Building, LLC | $40,726.19 | | X | |
| | Baum Boulevard Investors, LP | $50,292.00 | | X | |
| | Pittsburgh SSW1 Note Owner, LLC | $516,930.47 | | X | |
| | American Express National Bank | $82,217.25 | | | X |
| | American Express National Bank | $52,846.70 | | | X |
| | Southpointe Towne Center, L.P | $32,297.10 | | X | |
| | Forest City Bessemer Court Associates, LP a/k/a FC Station Square Bessemer Court, LLC | $267,341.67 | | X | |
| | UPMC East | $9,361.40* <br><br> *No claim was filed. The Debtor scheduled the claim as $1,520.00 | | X | |

4

| | | | | | |
|---|---|---|---|---|---|
| Votes Cast: 12<br>Votes Accepting: 10<br>Votes Rejecting: 2<br><br>Percentage Accepting: 83%<br>Percentage Rejecting: 17% | Amount of Claims Voting: $3,327,093.08<br>Amount Accepting: $3,192,029.13<br>Amount Rejecting: $135,063.95<br>Percentage Accepting: 95%<br>Percentage Rejecting: 5% | | | | |

| Class # | Class Description | Interest Amount | Impaired / Unimpaired | Accept | Reject |
|---|---|---|---|---|---|
| 9 | Equity Interest Holders<br><br>Ed Wethli<br>Marcie Wethli<br>Nicholas Redondo<br>Timothy Albinese<br>Timothy Burgan | <br><br>59.93%<br>9.175%<br>3.434%<br>20.60%<br>6.867% | Unimpaired | Deemed to have Accepted the Plan | |
| Votes Cast: 0<br>Unimpaired Deemed to have Accepted | | | | | |

3. Attached hereto and marked as Exhibit A are copies of the ballots received by Debtor's counsel and tabulated above.

Dated: August 6, 2021

Respectfully submitted:

LEECH TISHMAN FUSCALDO & LAMPL, LLC

*/s/ Crystal H. Thornton-Illar*
John M. Steiner, Esq. (PA ID No.79390)
Crystal H. Thornton-Illar, Esq. (PA ID No. 93003)
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
Tel: 412-261-1600
jsteiner@leechtishman.com
cthornton-illar@leechtishman.com

Counsel for Debtor Ed's Beans, Inc.

5