## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :
ED'S BEANS, INC.,  D/B/A                    :      Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                :
CRAZY MOCHA COFFEE, CRAZY                   :      Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                       :
KIVA HAN, KIVA HAN COFFEE,                  :      Related Doc. Nos.: 572, 573, 574, 575, & 576
KH AND KHC,                                 :
                                            :      Hearing Date: August 12, 2021 @ 2:30 p.m.
       Debtor.                              :
                                            :      Response Date: August 5, 2021
                                            :
                                            :      Ballot Deadline: August 5, 2021

## <u>EXHIBIT A TO SUMMARY OF BALLOTS RECEIVED ON ED'S BEANS, INC.'S SUBCHAPTER V - SMALL BUSINESS DEBTOR'S AMENDED CHAPTER 11 PLAN OF REORGANIZATION DATED AS OF JULY 2, 2021, AND CERTIFICATION OF COUNSEL</u>

**BALLOTS**

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

## <u>Class 3 Ballot for Accepting or Rejecting</u>
## <u>Amended Plan of Reorganization</u>

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your secured claim has been placed in Class 3 under the Amended Plan. Your unsecured deficiency claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.1 of the Amended Plan and Exhibit 2 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

Official Form 314 (02/20) page 2

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.1 of the Amended Plan and Exhibit 2 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 3 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 3 claim against the Debtor in the unpaid amount of Dollars
($ _318,000.00_____).

*Check one box only*

      ☑ Accepts the Amended Plan

      ☐ Rejects the Amended Plan

Dated: _8/5/2021_
Creditor Name: _First Commonwealth Bank_
By (print or type name): _Ronald T. DiBiase_
Title (if corporation or partnership) _Assistant Vice President_
Signature: _Ronald T DiB_
Address:
  _111 South Main Street_
  _PO Box 760_
  _Greensburg, PA 15601_

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

**IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC.,  D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

---

## <u>Class 4 Ballot for Accepting or Rejecting</u><br><u>Amended Plan of Reorganization</u>

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your secured claim has been placed in Class 4 under the Amended Plan. Your unsecured deficiency claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.1 of the Amended Plan and Exhibit 2 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ 52,846.70 _____ ).

*Check one box only*

⬚ Accepts the Amended Plan

X Rejects the Amended Plan

Dated: _____July 28, 2021_____
Creditor Name: __American Express National Bank Account Ending 7408__
By (print or type name): __Crystal Jones Oswald, Esquire__
Title (if corporation or partnership) __Attorneys/Agent for Creditor__
Signature: _____
Address: __c/o Becket & Lee LLP__
   __PO Box 3002__
   __Malvern, PA 19355__

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                :
                                                      :
ED'S BEANS, INC., D/B/A                               :    Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                          :
CRAZY MOCHA COFFEE, CRAZY                             :    Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                                 :
KIVA HAN, KIVA HAN COFFEE,                            :    Related Docket No. 572,573,574,575 & 576
KH AND KHC,                                           :
                                                      :    Hearing Date: August 12, 2021 @ 2:30 p.m.
        Debtor.                                       :
                                                      :    Response Date: August 5, 2021

## <u>Class 9 Ballot for Accepting or Rejecting</u>
## <u>Amended Plan of Reorganization</u>

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ *2,209,708.43* ).

*Check one box only*

☑ Accepts the Amended Plan

☐ Rejects the Amended Plan

Dated: *8/5/21*
Creditor Name: *First Commonwealth Bank*
By (print or type name): *Ronald T. DiBiase*
Title (if corporation or partnership) *Assistant Vice President*
Signature: *Ronald T DiBiase*
Address:
*111 South Main Street*
*PO Box 760*
*Greensburg, PA 15601*

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :
ED'S BEANS, INC.,  D/B/A                    :        Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                :
CRAZY MOCHA COFFEE, CRAZY                   :        Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                       :
KIVA HAN, KIVA HAN COFFEE,                  :        Related Docket No. 572,573,574,575 & 576
KH AND KHC,                                 :
                                            :        Hearing Date: August 12, 2021 @ 2:30 p.m.
         Debtor.                            :
                                            :        Response Date: August 5, 2021

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($   82,217.25                                                              ).

*Check one box only*

       ☐ Accepts the Amended Plan

       X Rejects the Amended Plan

Dated: ____July 28, 2021_____
Creditor Name:___American Express National Bank Account Ending: 3009_____
By (print or type name): Crystal Jones Oswald, Esquire_____
Title (if corporation or partnership) Attorneys/Agent for Creditor____
Signature: _____
Address: c/o Becket & Lee LLP_____
   PO Box 3001_____
   Malvern, PA 19355_____
_____

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | : | |
|  | : | |
| ED'S BEANS, INC.,  D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
|  | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
|  | : | Response Date: August 5, 2021 |

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219. (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.1 of the Amended Plan and Exhibit 2 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 4 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of Dollars ($ 52,846.70                                        ).

*Check one box only*

      ☐ Accepts the Amended Plan

      X Rejects the Amended Plan

Dated: _ July 28, 2021_____
Creditor Name: American Express National Bank Account Ending: 7408
By (Print or type name): Crystal Jones Oswald, Esquire
Title (if corporation or partnership) Attorneys/Agent for Creditor
Signature:
Address: c/o Becket & Lee LLP
    PO Box 3002
    Malvern, PA 19355

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC.,  D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ ___50,292.00_____ ).

*Check one box only*

    √ Accepts the Amended Plan

        Rejects the Amended Plan

Dated: _____7 - 7- 21_____
Creditor Name: _____Baum Boulevard Investors, LP_____
By (print or type name): _____Sy Lampl_____
Title (if corporation or partnership) _____Counsel_____
Signature: _____Sy Lampl_____
Address: _____223 Fourth Avenue, 4th Floor_____
_____Pittsburgh, PA 15222_____

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ 48,214.95                                                    ).

*Check one box only*

     X Accepts the Amended Plan

     ☐ Rejects the Amended Plan

Dated: 7/12/2021
Creditor Name: North Suburban Land Co.
By (print or type name): Alfred E Thomson IV
Title (if corporation or partnership) President
Signature: *Alfred E Thomson IV*
**Address:**
9400 McKnight Road, Suite 207
Pittsburgh, PA 15237

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

### IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com,** on or before August 5, 2021, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ 11,956.26                                                    ).

*Check one box only*

       X  Accepts the Amended Plan

         Rejects the Amended Plan


Dated: 08/05/2021
Creditor Name: Hertz Gateway Center, LP
By (print or type name): Debra Donley
Title (if corporation or partnership) General Manager
Signature: _____
Address: 603 Stanwix Street
        Suite 400
        Pittsburgh, PA 15222


Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE, CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE, | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ 516,930.47                                                     ).

*Check one box only*

      ☒ Accepts the Amended Plan

      ☐ Rejects the Amended Plan

Dated:   August 3, 2021
Creditor Name:   Pittsburgh SSW1 Note Owner, LLC
By (print or type name):   Jonathon Reeser
Title (if corporation or partnership)   Authorized Signatory
Signature:
Address:   130 W 42nd Street, 22nd Floor
      New York, NY 10036

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : |
| ED'S BEANS, INC., D/B/A | : Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : |
| CRAZY MOCHA COFFEE, CRAZY | : Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : |
| KIVA HAN, KIVA HAN COFFEE, | : Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : |
| | : Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : |
| | : Response Date: August 5, 2021 |

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "Amended Plan") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com,** on or before **August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars
($  5,200.66                                                    ).

*Check one box only:*

Accepts the Amended Plan

Rejects the Amended Plan

Dated:  8-5-2021
Creditor Name:  Carnegie Library of Pittsburgh
By (print or type name):  Linda Barsovich
Title (if corporation or partnership)  n/a        (501(c)(3) in trust form)
Signature:  Linda Barsovich
Address:  4400 Forbes Avenue
          Pittsburgh, PA 15213

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
ED'S BEANS, INC.,  D/B/A                        :    Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                    :
CRAZY MOCHA COFFEE, CRAZY                       :    Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                           :
KIVA HAN, KIVA HAN COFFEE,                      :    Related Docket No. 572,573,574,575 & 576
KH AND KHC,                                     :
                                                :    Hearing Date: August 12, 2021 @ 2:30 p.m.
         Debtor.                                :
                                                :    Response Date: August 5, 2021

---

## <u>Class 9 Ballot for Accepting or Rejecting</u>
## <u>Amended Plan of Reorganization</u>

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021,** and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ 267,341.67                          ).

*Check one box only*

   ☑ Accepts the Amended Plan

   ☐ Rejects the Amended Plan

Dated: August 3, 2021
Creditor Name: Forest City Bessemer Court Associates, LP, aka FC Station Square Bessemer Court LLC
By (print or type name): Anne Clinton
Title (if corporation or partnership) Vice President
Signature: a. C
Address: FC Station Square Bessemer Court LLC
    655 New York Avenue, NW, Suite 800
    Washington, DC 20001

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                      :
                                            :
ED'S BEANS, INC., D/B/A                      :      Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                :
CRAZY MOCHA COFFEE, CRAZY                    :      Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                       :
KIVA HAN, KIVA HAN COFFEE,                   :      Related Docket No. 572,573,574,575 & 576
KH AND KHC,                                 :
                                            :      Hearing Date: August 12, 2021 @ 2:30 p.m.
         Debtor.                            :
                                            :      Response Date: August 5, 2021

---

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ _32,297.10_____ ).

*Check one box only*

      ☒ Accepts the Amended Plan

      ☐ Rejects the Amended Plan

Dated: _8-3-21_
Creditor Name: _Southpointe Town Center, LP_
By (print or type name): _Michael Proctor_
Title (if corporation or partnership) _Counsel for Creditor with authorization_
Signature: _____
Address: _1800 Main St, Suite 200_
_Canonsburg, PA 15317_
_mproctor@bowlesrice.com_
_724-514-8934_

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412 -227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

## IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :
                                                :
ED'S BEANS, INC.,  D/B/A                         :        Bankruptcy Case No. 20-22974-CMB
CRAZY MOCHA,                                     :
CRAZY MOCHA COFFEE, CRAZY                         :        Chapter 11 (Subchapter V)
MOCHA COFFEE COMPANY,                             :
KIVA HAN, KIVA HAN COFFEE,                        :        Related Docket No. 572,573,574,575 & 576
KH AND KHC,                                       :
                                                :        Hearing Date: August 12, 2021 @ 2:30 p.m.
        Debtor.                                  :
                                                :        Response Date: August 5, 2021

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "**Amended Plan**") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by **John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ _Claim #1 – 5: $40,726.19 + Administrative_ ).
                                                   _Rent Claim of $13,803.30_

*Check one box only*

        X Accepts the Amended Plan

        ☐ Rejects the Amended Plan

Dated: _7/7/21_

Creditor Name: _Brady Building, LLC_

By (print or type name): _Adam T. Perum, Esq, Counsel for Creditor._

Title (if corporation or partnership) _Atty._

Signature: _____

Address: _c/o Voelker + Assocs._
_3960 William Flinn Hwy, Ste. 200_
_Allison Park, PA 15101_

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com

Official Form 314 (02/20) page 1

IN THE UNTIED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ED'S BEANS, INC., D/B/A | : | Bankruptcy Case No. 20-22974-CMB |
| CRAZY MOCHA, | : | |
| CRAZY MOCHA COFFEE. CRAZY | : | Chapter 11 (Subchapter V) |
| MOCHA COFFEE COMPANY, | : | |
| KIVA HAN, KIVA HAN COFFEE. | : | Related Docket No. 572,573,574,575 & 576 |
| KH AND KHC, | : | |
| | : | Hearing Date: August 12, 2021 @ 2:30 p.m. |
| Debtor. | : | |
| | : | Response Date: August 5, 2021 |

---

## Class 9 Ballot for Accepting or Rejecting
## Amended Plan of Reorganization

Ed's Beans, Inc., d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH and KHC (the "**Debtor**"), filed a Subchapter V – Small Business Debtor's Amended Chapter 11 Plan of Reorganization dated July 2, 2021 (the "Amended Plan") in this case. Pursuant to Section 1181(b) of the Bankruptcy Code, the Debtor was not required to file a disclosure statement prior to soliciting acceptances or rejections of the Amended Plan. The Amended Plan itself provides information to assist you in deciding how to vote your ballot. If you do not have an Amended Plan, you may obtain a copy from: John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, (Tel) 412-261-1600, (Fax) 412-227-5551, jsteiner@leechtishman.com.

**You should review the Amended Plan before you vote. You may wish to seek legal advice concerning the Amended Plan and your classification and treatment under the Amended Plan. Your general unsecured claim has been placed in Class 9 under the Amended Plan. The identification of your claim and the amount and treatment of your claim is set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

If your ballot is not received by John M. Steiner, Esq., 525 William Penn Place, 28th Floor, Pittsburgh, PA 15219, jsteiner@leechtishman.com, on or before August 5, 2021, and such deadline is not extended. your vote will not count as either an acceptance or rejection of the Amended Plan.

Official Form 314 (02/20) page 2

If the Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

As stated, the identification of your claim and amount are set forth in Section 2.2.3 of the Amended Plan and Exhibit 3 attached to the Amended Plan. Please refer to that section and Exhibit and place the amount of your Class 9 claim in the space below.

Acceptance or Rejection of the Amended Plan:

The undersigned, the holder of a Class 9 claim against the Debtor in the unpaid amount of Dollars ($ _9,361.40_ ).

Check one box only

✓  Accepts the Amended Plan

   Rejects the Amended Plan

Dated: _July 22 2021_
Creditor Name: _12 PMC EAST_
By (print or type name): _LAURENE TIMMONS_
Title (if corporation or partnership) _CFO_
Signature: _Laurene Timmons_
Address: _2735 Masside Blvd_
         _Monroeville PA 15146_

Return this ballot by August 5, 2021, to:

Leech Tishman Fuscaldo & Lampl, LLC
c/o John M. Steiner, Esq.
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
(Tel) 412-261-1600
(Fax) 412-227-5551
jsteiner@leechtishman.com