# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Rel. Doc No.: |
| | : | |
| | : | Hearing Date: Sept. 15, 2021 at 1:30 PM |
| WILLIAM G. KRIEGER | : | |
| Subchapter V Trustee, | : | Response Deadline: September 8, 2021 |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | |
| | : | |
| Respondent. | : | |

## SUMMARY COVER SHEET FOR THE FIRST AND FINAL APPLICATION OF WILLIAM G. KRIEGER FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE

a. William G. Krieger (the "Applicant") was appointed as the Subchapter V Trustee of Ed's Beans, Inc. d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH, and KHC (the "Debtor"), on October 20, 2020.

b. This is the First and Final Application of William G. Krieger for the Allowance of Compensation and Reimbursement of Expenses as the Subchapter V Trustee (the "Application") covering the period from October 20, 2020 through August 12, 2021.

c. In this Application, your Applicant also seeks approval of 100% of the requested fees, which amount is $21,004.50 and 100% of the requested expenses, which amount is $0.00, for the period from October 20, 2020 through August 12, 2021.

d. The compensation requested is final.

1

e. Your Applicant has not received a retainer in this case.

f. The amount of compensation previously requested is $0.00.

g. The amount of compensation previously approved is $0.00.

h. The amount of compensation previously paid is $0.00.

i. The amount of expenses previously requested is $0.00.

j. The amount of expenses previously approved is $0.00.

k. The amount of expenses previously paid is $0.00.

l. The blended hourly rate for the Period is $335.00.

Date: August 20, 2021   By: /s/ *William G. Krieger*
William G. Krieger
wkrieger@gleasonexperts.com
One Gateway Center
Suite 525
Pittsburgh, Pennsylvania 15222
Phone - (412) 391-5404

*Subchapter V Trustee*

2

**IN THE UNITED STATES BANKRUTPCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Rel. Doc No.: |
| _____ | : | Hearing Date: Sept. 15, 2021 at 1:30 PM |
| WILLIAM G. KRIEGER Subchapter V Trustee, | : | Response Deadline: September 8, 2021 |
| Movant, | : | |
| v. | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | |
| Respondent. | : | |

**FIRST AND FINAL APPLICATION OF WILLIAM G. KRIEGER FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE**

AND NOW, comes William G. Krieger, the Subchapter V Trustee (the "Trustee" or the "Applicant"), and files this First and Final Application for the Allowance of Compensation and Reimbursements of Expenses as the Subchapter V Trustee (the "Application") for services rendered from October 20, 2020 through August 12, 2021 (the "Period"), respectfully making application to this Bankruptcy Court as follows:

## BACKGROUND

1. On October 9, 2020 (the "Petition Date"), Ed's Beans, Inc. d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH, and KHC (the "Debtor") filed a voluntary petition for relief under Chapter 11, Subchapter V, of Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the Western District of Pennsylvania at the above-captioned case number (the "Bankruptcy Case").

2. On October 20, 2020, the Office of the United States Trustee filed a Notice of Appointment of William G. Krieger as the Subchapter V Trustee in the Bankruptcy Case. A copy of the Notice of Appointment is attached hereto as **Exhibit A.**

## SERVICES PERFORMED BY THE TRUSTEE DURING THE PERIOD

3. The Trustee's services during the Period include, but are not limited to, interviewing the Debtor, reviewing the Debtor's pleadings and financial information, attending court hearings, and assisting Debtor's counsel with the development of the Plan of Reorganization.

4. The services provided were at the direction of the Bankruptcy Court for the benefit of all parties in this Bankruptcy Case, including the Debtor and creditors.

5. During the Period, the Trustee provided a total of 62.5 hours of services for the benefit of all parties involved in this case. The value of the services performed by the Trustee during the Period is $21,004.50. A detailed time summary by category and billing breakdown for the Period is attached hereto, marked as **Exhibit B**, and incorporated herein.

6. All fees charged are the same as those charged to clients not subject to the protections and restrictions of the Bankruptcy Code.  The hourly rates charged by all professionals providing services in connection with the Trustee's appointment during the Period is summarized below:

| Professional | Hourly Rate | Time |
|---|---|---|
| William G. Krieger | $335.00 | 62.5 Hours |

7. The services were provided at the direction of the Bankruptcy Court for the benefit of all parties in this Bankruptcy Case.  All services performed by the Applicant were necessary, and the compensation sought is reasonable.

8. The Trustee seeks approval of 100% of the fees, which are $21,004.50 (the "Fees") incurred during the Period.

9. Attached as **Exhibit C** is the Federal Rules of Bankruptcy Rule 2016 Verification of William G. Krieger.

10. Other than as permitted under Section 504(b) of the Bankruptcy Code, the Applicant has not shared, or agreed to share, any compensation or reimbursement received as a result of this Bankruptcy Case with any persons, firm, or entity.  No agreement or understanding exists regarding the sharing of compensation or reimbursement received or to be received on account of this Bankruptcy Case.

11. The sole and exclusive source of compensation and reimbursement of expenses will be property of the Debtor's estate.

WHEREFORE, the Applicant, respectfully requests that this Honorable Court enter an Order allowing and approving 100% of the Fees for the period from October 20, 2020 through August 12, 2021, which amount is $21,004.50 as well as approving payment of the Fees.

Date: August 20, 2021            By: /s/ *William G. Krieger*
                                  William G. Krieger
                                  wkrieger@gleasonexperts.com
                                  One Gateway Center
                                  Suite 525
                                  Pittsburgh, Pennsylvania 15222
                                  Phone - (412) 391-5404

                                  *Subchapter V Trustee*