## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : : : : : : | Chapter 11, Subchapter V |
| Debtor. | : | Rel. Doc No.: |
| | : | |
| | : | Hearing Date: September 15, 2021 at 1:30 PM |
| WILLIAM G. KRIEGER Subchapter V Trustee, | : : | Response Deadline: September 8, 2021 |
| | : | |
| Movant, v. | : : : | |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : : : : : : | |
| Respondent. | : | |

## EXHIBIT "A" TO FIRST AND FINAL APPLICATION OF WILLIAM G. KRIEGER FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE

EXHIBIT A

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    CASE NO. 20-22974-CMB

Ed's Beans, Inc.                                          CHAPTER 11

    Debtor.

                                                          Doc. No.

UNITED STATES TRUSTEE,

    MOVANT,

    v.

NO RESPONDENT.

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

> **William G. Krieger**
> **Vice President and Managing Director**
> **GLEASON**
> **One Gateway Center, Suite 525**
> **420 Ft. Duquesne Blvd.**
> **Pittsburgh PA 15222**
> **Phone:  412.391.9010**
> **Email: wkrieger@gleasonexperts.com**

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: October 20, 2020        ANDREW R. VARA
                                     United States Trustee
                                     Regions 3 and 9

                                   By: */s/ Joseph S. Sisca*
                                        Joseph S. Sisca
                                        Assistant United States Trustee