## IN THE UNITED STATES BANKRUTPCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY | : | Chapter 11, Subchapter V |
| MOCHA, CRAZY MOCHA | : | |
| COFFEE, CRAZY MOCHA COFFEE | : | |
| COMPANY, KIVA HAN, KIVA HAN | : | |
| COFFEE, KH AND KHC, | : | |
| | : | |
| Debtor. | : | Rel. Doc No.: |
| | : | |
| _____ | : | Hearing Date: September 15, 2021 at 1:30 PM |
| | : | |
| WILLIAM G. KRIEGER | : | Response Deadline: September 8, 2021 |
| Subchapter V Trustee, | : | |
| | : | |
| Movant, | : | |
| v. | : | |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY | : | |
| MOCHA, CRAZY MOCHA | : | |
| COFFEE, CRAZY MOCHA COFFEE | : | |
| COMPANY, KIVA HAN, KIVA HAN | : | |
| COFFEE, KH AND KHC, | : | |
| | : | |
| Respondent. | : | |

## EXHIBIT "B" TO FIRST AND FINAL APPLICATION OF WILLIAM G. KRIEGER FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE

**EXHIBIT B**



One Gateway Center, Suite 525
420 Fort Duquense Blvd.
Pittsburgh, PA  15222
Telephone:  (412) 391-9010

August 18, 2021

Client No.   2020-010-006
Engagement   Ed's Beans

 Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn:  Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

## Account Statement

| Invoice Number | Invoice Date | Invoice Amount | Balance Due |
|---|---|---|---|
| 36253 | 10/31/2020 | $2,144.00 | $2,144.00 |
| 36361 | 11/30/2020 | $1,608.00 | $1,608.00 |
| 36478 | 12/31/2020 | $1,407.00 | $1,407.00 |
| 36588 | 01/31/2021 | $1,641.50 | $1,641.50 |
| 36701 | 02/28/2021 | $2,211.00 | $2,211.00 |
| 36846 | 03/31/2021 | $4,254.50 | $4,254.50 |
| 36990 | 04/30/2021 | $1,407.00 | $1,407.00 |
| 37124 | 05/31/2021 | $2,345.00 | $2,345.00 |
| 37274 | 06/30/2021 | $1,005.00 | $1,005.00 |
| 37421 | 07/31/2021 | $1,105.50 | $1,105.50 |
| 37445 | 08/12/2021 | $1,876.00 | $1,876.00 |
| | Total Outstanding Balance | | $21,004.50 |

Payments can be made by check or by ACH.

**Direct checks to our lock box address:**          **Direct ACH payments to:**

**Leech-2020-010-006**
**Leech Tishman Fuscaldo & Lampl, LLC**

| | |
|---|---|
| **Invoice No:** | **37445** |
| **Invoice Date:** | **08/12/2021** |

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

Bank Name and Address: PNC Bank, Pittsburgh, PA 15222
Bank Account No.:        85672818
Bank Routing ABA No.:    021052053
Name on Bank Account:   Gleason & Associates PC (dba Gleason IP)

### Aging of Past Due Amounts

| 0-30 Days | 31-60 Days | 61-90 Days | 91-120 Days | Over 120 Days | Total Past Due |
|---|---|---|---|---|---|
| $2,981.50 | $1,005.00 | $2,345.00 | $1,407.00 | $13,266.00 | $21,004.50 |



Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 36253 |
| Invoice Date | 10/31/2020 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 10/31/2020 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 10/19/2020 | WGK | Call with J. Sisca regarding new Sub V Trustee matter. Review bankruptcy petition and creditor list. Emails regarding potential connections with Gleason Advisors group. Follow up on complete conflict check. | 1.00 | 335.00 |
| 10/20/2020 | WGK | Phone conference with J. Sisca regarding potential connections. Review PACER docket and filed petition. Follow up email with UST regarding appointment. Prepare verified statement and email same to counsel for review. | 1.00 | 335.00 |
| 10/20/2020 | WGK | Conference Call with J. Steiner to discuss case background and issues. Conference call with UST office to discuss various scheduling issues. Begin reviewing first day motions filed by debtor. | 1.10 | 368.50 |
| 10/22/2020 | WGK | Complete review of all first day motions including cash collateral, payroll, bank accounts and utilities motions in preparation for upcoming hearing. Review and analyze cash collateral budget. | 1.00 | 335.00 |
| 10/22/2020 | WGK | Attend and participate in first day motions hearings | 1.00 | 335.00 |

Gleason & Associates, P.C.

| | | c/o Leech Tishman Fuscaldo & Lampl, LLC | | *Invoice No:* | 36253 |
|---|---|---|---|---|---|
| | | via Court Call. | | | |
| 10/28/2020 | WGK | Review Pacer docket and financial information for the company in preparation for upcoming IDI. Participate in Initial Debtor Interview with US Trustee office. | 1.00 | | 335.00 |
| 10/29/2020 | WGK | Phone conference with J. Steiner to discuss IDI, status of final first day motions and budget, and potential plan of reorganization | 0.30 | | 100.50 |
| | | **Total Fees** | 6.40 | | $2,144.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$2,144.00** |
| **Prior Balance \*** | **$0.00** |
| **Total Amount Due** | **$2,144.00** |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 6.40 | 335.00 | $2,144.00 |
| **Totals** | 6.40 | | $2,144.00 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

**Direct ACH payments to:**

| | |
|---|---|
| Bank Name and Address: | PNC Bank, Pittsburgh, PA  15222 |
| Bank Account No.: | 85672818 |
| Bank Routing ABA No.: | 021052053 |
| Name on Bank Acccunt: | Gleason & Associates PC (dba Gleason IP) |

Please contact us directly for Wire payment instructions at JSnider@GleasonExperts.com.

 GLEASON



Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 36361 |
| Invoice Date | 11/30/2020 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 11/30/2020 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

### Fees

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 11/06/2020 | WGK | Review recent activity on Pacer docket and claims register. Review information emailed by creditor One Village Square and email proof of claim information to C. Thornton-Illar. | 0.50 | 167.50 |
| 11/09/2020 | WGK | Call from One Valley Square lessor creditor regarding provided claims information. Cross reference to active claims register. Review motion to defer lease payments for 60 days and calendar hearing date. | 0.40 | 134.00 |
| 11/09/2020 | WGK | Call with M. Gleason regarding request from General Manager of Kiva Han regarding historical marketing information. Discuss Gleason Advisors prior efforts in the Crazy Mocha and Kiva Han. Follow up email to C Thornton-Illar | 0.30 | 100.50 |
| 11/10/2020 | WGK | Emails and phone conference with C. Thorton -Illar regarding case status and issues, including: Gleason call with Kiva Han GM, status of case including potential buyers, One Valley Square lessor follow up call regarding claim submission. | 0.40 | 134.00 |

Gleason & Associates, P.C.

c/o Leech Tishman Fuscaldo & Lampl, LLC                            Invoice No:          36361

| 11/13/2020 | WGK | Review newly filed claims and scheduling order. Emails with counsel regarding claims bar date. | 0.30 | 100.50 |
| 11/19/2020 | WGK | Phone conference with Jodi Hause in the UST Office to discuss upcoming 341 Creditors Meeting. | 0.30 | 100.50 |
| 11/20/2020 | WGK | Review docket, petition and schedules in advance of 341 meeting. | 0.50 | 167.50 |
| 11/20/2020 | WGK | Participate in 341 Creditor's Meeting for Ed's Beans Bankruptcy. | 0.80 | 268.00 |
| 11/25/2020 | WGK | Review Pacer docket and recent filings, with focus on motion to employ accountants and recent claim filings. | 0.30 | 100.50 |
| 11/30/2020 | WGK | Review various filed objections to rent deferral motion. Begin reviewing October 2020 MOR. | 1.00 | 335.00 |
| | | **Total Fees** | 4.80 | $1,608.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$1,608.00** |
| **Prior Balance \*** | **$2,144.00** |
| **Total Amount Due** | **$3,752.00** |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 4.80 | 335.00 | $1,608.00 |
| **Totals** | **4.80** | | **$1,608.00** |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

**Direct ACH payments to:**

Bank Name and Address:  PNC Bank, Pittsburgh, PA  15222
Bank Account No.:          85672818
Bank Routing ABA No.:   021052053
Name on Bank Account:  Gleason & Associates PC
                                        (dba Gleason IP)

Please contact us directly for Wire payment instructions at JSnider@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 36478 |
| Invoice Date | 12/31/2020 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 12/31/2020 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|------|-------|---------|-------|--------|
| 11/18/2020 | WGK | Brief discussion with debtor's counsel regarding status of case and efforts to find a buyer. | 0.20 | 67.00 |
| 12/01/2020 | WGK | Continue review and analysis of October MOR. Email counsel to summarize issues and schedule time to discuss identified issues. | 0.50 | 167.50 |
| 12/02/2020 | WGK | Phone conference with counsel to review and discuss various issues with Ed's Beans October 2020 monthly operating report. Scan and email notes regarding observations/issues to counsel for follow up. | 1.30 | 435.50 |
| 12/02/2020 | WGK | Complete review and analysis of MOR and summarize notes for upcoming discussion with counsel. | 0.30 | 100.50 |
| 12/03/2020 | WGK | Review case status report filed with the court. Review PACER docket and claim register for most recent activity. | 0.40 | 134.00 |
| 12/14/2020 | WGK | Review Pacer docket regarding filing of updated MOR for October 2020. Review claims register and | 0.40 | 134.00 |

*Gleason & Associates, P.C.*

| | | | | |
|---|---|---|---|---|
| c/o Leech Tishman Fuscaldo & Lampl, LLC | | | Invoice No: | 36478 |
| | | various proofs of claim filed in the matter in past two weeks. | | |
| 12/18/2020 | WGK | Review notice of hearing held and judges notes on same. Review signed order allowing Ed's Beans to defer lease payments. Review summary of status conference and related continuance. | 0.30 | 100.50 |
| 12/29/2020 | WGK | Pull revised October MOR report from Pacer and begin review and analysis of same. | 0.50 | 167.50 |
| 12/29/2020 | WGK | Review Debtor's and First Commonwealth's Objections to Hertz Motion for Relief from Stay. | 0.30 | 100.50 |
| | | **Total Fees** | 4.20 | $1,407.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | $1,407.00 |
| Prior Balance * | $3,752.00 |
| **Total Amount Due** | $5,159.00 |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 4.20 | 335.00 | $1,407.00 |
| **Totals** | 4.20 | | $1,407.00 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

**Direct ACH payments to:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

| | |
|---|---|
| Bank Name and Address: | PNC Bank, Pittsburgh, PA  15222 |
| Bank Account No.: | 85672818 |
| Bank Routing ABA No.: | 021052053 |
| Name on Bank Account: | Gleason & Associates PC (dba Gleason IP) |

Please contact us directly for Wire payment instructions at JSnider@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

Via e-mail:  CThornton-Illar@leechtishman.com

| Invoice No. | 36588 |
|---|---|
| Invoice Date | 01/31/2021 |

| Client No. | 2020-010-006 |
|---|---|
| Engagement | Ed's Beans |

For services rendered for period through 01/31/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 01/06/2021 | WGK | Review recent PACER docket activity and review pleadings in Brady Building relief from stay motion, Response to Brady Building and William Barron motions for relief from stay filed by FCB, Response to Debtor Motion to Extend Time to File Plan by Bessemer Court, Carnagie Library Motion for Relief from Stay and related objections and responses. Calendar all hearing dates and proposed plan due date. Begin reviewing refilled Monthly Financial Report for October 2020 | 1.00 | 335.00 |
| 01/11/2021 | WGK | Phone conference with J. Steiner to discuss status of plan of reorganization, LOI and asset purchase agreement for sale of Crazy Mocha operations, and tentative strategy for accomplishing consensual plan of reorganization. | 0.60 | 201.00 |
| 01/12/2021 | WGK | Emails with counsel regarding case status and issues including upcoming motions hearings. Review Purchase Letter of Intent provided by counsel. | 0.40 | 134.00 |
| 01/14/2021 | WGK | Download and begin review of November 2020 Monthly Operating Report. | 0.70 | 234.50 |

Gleason & Associates, P.C.

c/o Leech Tishman Fuscaldo & Lampl, LLC          Invoice No:          36588

| | | | | |
|---|---|---|---|---|
| 01/15/2021 | WGK | Download revised monthly operating report (Doc 202, compare to previous MOR filed, and continue review of same. | 0.50 | 167.50 |
| 01/18/2021 | WGK | Review motions and responses in preparation for tomorrow's hearings on plan extension and motions for relief from stay. Review new motion to defer rent and schedule hearing. | 0.50 | 167.50 |
| 01/19/2021 | WGK | Participate in Court Hearings on Extension of Plan Deadline and Motions for Relief from Stay. Follow up call with J. Steiner to review and discuss results of hearings, status of purchase agreement and potential outline of plan of reorganization. | 0.90 | 301.50 |
| 01/20/2021 | WGK | Review Pacer docket and recent orders posted.. | 0.30 | 100.50 |
| | | **Total Fees** | 4.90 | $1,641.50 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$1,641.50** |
| **Prior Balance *** | **$5,159.00** |
| **Total Amount Due** | **$6,800.50** |

* Payments received after the invoice date are not reflected in the prior balance

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 4.90 | 335.00 | $1,641.50 |
| **Totals** | 4.90 | | $1,641.50 |

**Payments can made by check or by ACH.**

Direct checks to our lock box address:          Direct ACH payments to:

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

Bank Name and Address:  PNC Bank, Pittsburgh, PA  15222
Bank Account No.:          85672818
Bank Routing ABA No.:    021052053
Name on Bank Account:   Gleason & Associates PC
                                        (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 36701 |
| Invoice Date | 02/28/2021 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 02/28/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

### Fees

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 02/02/2021 | WGK | Call with J. Steiner to discuss status of APA and next steps in case. | 0.20 | 67.00 |
| 02/04/2021 | WGK | Review various pleadings in advance of upcoming hearings. Review status of APA with counsel. Participate in Court hearings regarding relief from stay motions and court status conference. Follow up with counsel regarding hearings and request advance review of plan of reorganization prior to filing. | 1.50 | 502.50 |
| 02/15/2021 | WGK | Phone conference with Debtor's counsel and bank to discuss APA and projected financial results of Kiva Han business post-bankruptcy. | 1.10 | 368.50 |
| 02/15/2021 | WGK | Perform detailed review of Asset Purchase Agreement to sell Crazy Mocha retail business. Outline questions and additional information needed to assess net proceeds and post-bankruptcy Kiva Han business. Perform detailed analysis of Debtor's projected disposable income and outline questions and issues for upcoming meeting with Debtor's and Bank's counsel. | 1.20 | 402.00 |

Gleason & Associates, P.C.
c/o Leech Tishman Fuscaldo & Lampl, LLC

Invoice No:   36701

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 02/18/2021 | WGK | Review proposed bid procedures in preparation for upcoming hearing.Participate in Ed's Beans motions hearing with Judge Bohn. | 1.10 | 368.50 |
| 02/22/2021 | WGK | Phone conference with counsel to review and discuss case issues and status, and review draft of debtors plan of reorganization. Review debtor's motion to assume and assign leases and discuss current state of negotiations with landlords with J. Steiner. | 0.60 | 201.00 |
| 02/25/2021 | WGK | Download and begin reviewing MOR (Dec 2020) and Plan of Reorganization. | 0.40 | 134.00 |
| 02/27/2021 | WGK | Continue reviewing plan of reorganization and outline issues to discuss with counsel. | 0.50 | 167.50 |
| | | **Total Fees** | 6.60 | $2,211.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$2,211.00** |
| **Prior Balance \*** | **$6,800.50** |
| **Total Amount Due** | **$9,011.50** |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 6.60 | 335.00 | $2,211.00 |
| **Totals** | 6.60 | | $2,211.00 |

**Payments can made by check or by ACH.**

Direct checks to our lock box address:

Direct ACH payments to:

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

Bank Name and Address: PNC Bank, Pittsburgh, PA  15222
Bank Account No.:      85672818
Bank Routing ABA No.:  021052053
Name on Bank Account:  Gleason & Associates PC
                       (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

Invoice No.       36846
Invoice Date     03/31/2021

Client No.        2020-010-006
Engagement    Ed's Beans

For services rendered for period through 03/31/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|------|-------|---------|-------|--------|
| 03/02/2021 | WGK | Review amended schedules. Review materials distributed for vote solicitation and sale motions and bid procedures. | 0.50 | 167.50 |
| 03/04/2021 | WGK | Phone conference with J. Haus of US Trustee office to discuss plan of reorganization. | 0.30 | 100.50 |
| 03/04/2021 | WGK | Phone conference with J. Steiner to review and discuss case status and address issues/questions with proposed plan of reorganization. | 0.80 | 268.00 |
| 03/05/2021 | WGK | Follow up phone conference with J. Haus of UST office regarding questions regarding debtor's plan of reorganization, negotiations with bank and landlords and next steps to prepare for sale and confirmation hearing. | 0.40 | 134.00 |
| 03/08/2021 | WGK | Review various objections filed in response to debtors motion to assume and assign leases. Emails with debtors' counsel regarding same. Phone conference with debtors counsel to discuss objections and next steps to address prior to sale and confirmation hearings. | 1.00 | 335.00 |

Gleason & Associates, P.C.

| c/o Leech Tishman Fuscaldo & Lampl, LLC | | | Invoice No: | 36846 |
|---|---|---|---|---|

| 03/16/2021 | WGK | Review various objections filed to debtors sale motion. Follow up call and emails with debtor's counsel to discuss action plan to address each objection prior to sale hearing. | 0.90 | 301.50 |
|---|---|---|---|---|
| 03/18/2021 | WGK | Review Motions filed by Debtor (and related Order) to continue the Sale hearing schedules. Phone conference with Debtor's counsel to review and discuss reasons for delay and progress in resolving cure and adequate assurance issues with landlords. Outline additional efforts to assist with resolving issues with appropriate counsel for landlords. | 0.80 | 268.00 |
| 03/22/2021 | WGK | Complete review and analysis of most recently filed monthly operating report. | 0.50 | 167.50 |
| 03/19/2021 | WGK | Review and analyze January 2020 monthly operating report. Review court order continuing sale hearing. | 0.60 | 201.00 |
| 03/22/2021 | WGK | Phone conference with J. Steiner regarding status of landlord negotiations and recent discussion with counsel of stalking horse buyer. | 0.50 | 167.50 |
| 03/25/2021 | WGK | Phone conference with counsel regarding stalking horse buyer attempt to renegotiate sale terms. Review current status of discussion with bank and next steps based on alternative decisions by buyer and bank. | 0.70 | 234.50 |
| 03/26/2021 | WGK | Multiple calls with Debtors counsel to discuss issues with buyer renegotiation of purchase price, ongoing negotiations with bank, landlord assumption issues, follow up on call with counsel for FC Station Square and status of upcoming sale/confirmation hearing. | 1.20 | 402.00 |
| 03/26/2021 | WGK | Phone conference with R. Gordon, counsel for FC Station Square, to discuss questions regarding Plan of Reorganization and issues with debtors lease assignment to buyer and buyer providing adequate assurance. | 0.60 | 201.00 |
| 03/29/2021 | WGK | Three phone calls with debtor's counsel J. Steiner to discuss status of negotiations with buyer and bank and to discuss content of motion to convert sale and confirmation hearings to status conferences. | 0.90 | 301.50 |
| 03/29/2021 | WGK | Review William Barron and DLC objections to Plan with reference to Plan document. | 0.30 | 100.50 |
| 03/29/2021 | WGK | Review Brady Building, North Suburban Land | 0.70 | 234.50 |

*Gleason & Associates, P.C.*

| c/o Leech Tishman Fuscaldo & Lampl, LLC | | | | Invoice No: | 36846 |
|---|---|---|---|---|---|
| | | Company, One Village Square, PA Dept. of Revenue and FC Station Square objections to Plan confirmation with reference to Plan document. Discuss FC Station Square objection with debtors counsel in light of recent discussions with FC Station Square counsel. | | | |
| 03/30/2021 | WGK | Review Debtor's motion to convert sale and confirmation hearing to status conferences and judges order regarding same. Review stipulation with US Department of Treasury, IRS regarding plan treatment. | 0.30 | | 100.50 |
| 03/31/2021 | WGK | Participate in court status conference on Ed's Beans matter. | 1.20 | | 402.00 |
| 03/31/2021 | WGK | Phone conference with J. Steiner to review status conference, latest economics of potential deal with buyer and bank, and next steps in getting to sale and confirmation. | 0.50 | | 167.50 |
| | | **Total Fees** | 12.70 | | $4,254.50 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$4,254.50** |
| **Prior Balance \*** | **$9,011.50** |
| **Total Amount Due** | **$13,266.00** |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 12.70 | 335.00 | $4,254.50 |
| **Totals** | 12.70 | | $4,254.50 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

**Direct ACH payments to:**

Bank Name and Address: PNC Bank, Pittsburgh, PA 15222
Bank Account No.: 85672818
Bank Routing ABA No.: 021052053
Name on Bank Account: Gleason & Associates PC
(dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

Via e-mail:  CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 36990 |
| Invoice Date | 04/30/2021 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 04/30/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|------|-------|---------|-------|--------|
| 04/13/2021 | WGK | Review status memo filed with the court. | 0.20 | 67.00 |
| 04/15/2021 | WGK | Review and analyze February 2021 Monthly Operating Report. Review docket for recent activity. | 0.50 | 167.50 |
| 04/16/2021 | WGK | Phone conference with counsel to discuss recent pleadings and status of potential sale transactions / equity investments that would be the foundation of a revised plan. Review potential lease rejections. | 0.60 | 201.00 |
| 04/16/2021 | WGK | Review various pleadings and orders filed in the matter as result of Ablak sale issues. | 0.40 | 134.00 |
| 04/20/2021 | WGK | Review recent pleadings and orders filed in Ed's Beans matter leading up to upcoming status conference. | 0.30 | 100.50 |
| 04/27/2021 | WGK | Phone conference with J. Steiner to review and discuss issues and prepare for upcoming status conference and hearings. | 0.50 | 167.50 |

Gleason & Associates, P.C.

| c/o Leech Tishman Fuscaldo & Lampl, LLC | | | | Invoice No: | 36990 |
|---|---|---|---|---|---|
| 04/27/2021 | WGK | Participate in bankruptcy court status conference and hearings in Ed's Beans matter. | 1.00 | | 335.00 |
| 04/27/2021 | WGK | Follow up with J. Steiner after status conference and hearing. Review multiple items filed on electronic docket (orders, motion withdrawals, etc.) as a result of hearing. Review LOI and follow up to obtain signed APA for sale of nine locations. | 0.70 | | 234.50 |
| | | **Total Fees** | 4.20 | | $1,407.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | $1,407.00 |
| **Prior Balance \*** | $13,266.00 |
| **Total Amount Due** | $14,673.00 |

\* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 4.20 | 335.00 | $1,407.00 |
| **Totals** | 4.20 | | $1,407.00 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

**Direct ACH payments to:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

| | |
|---|---|
| Bank Name and Address: | PNC Bank, Pittsburgh, PA 15222 |
| Bank Account No.: | 85672818 |
| Bank Routing ABA No.: | 021052053 |
| Name on Bank Account: | Gleason & Associates PC (dba Gleason IP) |

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.


GLEASON



Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219

Via e-mail: CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 37124 |
| Invoice Date | 05/31/2021 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 05/31/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 05/01/2021 | WGK | Phone call with J. Steiner to discuss issues with Sewickley Store assumption and assignment and need for mediation. Follow up by reviewing pleadings related to motion for relief from stay. | 0.50 | 167.50 |
| 05/03/2021 | WGK | Review various pleadings regarding relief from stay motions. Call with J. Steiner to discuss same. | 0.30 | 100.50 |
| 05/05/2021 | WGK | Review various pleadings and filings by debtor and creditors over past two days. | 0.20 | 67.00 |
| 05/11/2021 | WGK | Call with J. Steiner to discuss status of Motions for Relief from Stay and potential mediation with One Village Square counsel regarding cure and fees. | 0.30 | 100.50 |
| 05/12/2021 | WGK | Phone conference with Debtor's counsel after motions hearing on lease assumptions and relief from stay. Discuss terms of additional store sales and effect on waterfall. | 0.30 | 100.50 |
| 05/12/2021 | WGK | Participate in court hearings on Motions for Relief from Stay in Ed's Beans matter. | 0.50 | 167.50 |

Gleason & Associates, P.C.

| c/o Leech Tishman Fuscaldo & Lampl, LLC | | | Invoice No: | 37124 |
|---|---|---|---|---|

| 05/13/2021 | WGK | Review FC Station Square response to Omnibus Motion to Reject Leases. Call with Debtor's counsel to discuss same. | 0.30 | 100.50 |
| 05/14/2021 | WGK | Review various objections filed on Debtor's motion to reject leases nunc pro tunc. Emails with Debtor's counsel regarding same and status of rental payment to One Village Square. | 0.30 | 100.50 |
| 05/17/2021 | WGK | Review various pleadings filed in anticipation of upcoming hearings. | 0.30 | 100.50 |
| 05/19/2021 | WGK | Review materials provided by J. Steiner to assess Denton's legal fee issues. Phone conference with J. Steiner to review and discuss materials and discuss parties positions prior to evidentiary hearing before the court. | 0.90 | 301.50 |
| 05/26/2021 | WGK | Review recently filed pleadings in Ed's Bean's matter. Review revised redline Sale Order and Order on Motion to Assume and Assign Leases. Phone conference with J. Steiner to prepare for hearings and discuss payment waterfall status. | 0.80 | 268.00 |
| 05/26/2021 | WGK | Participate in various court hearings in the Ed's Bean's matter. Follow up call with J. Steiner to discuss outcome and next steps. Review Court's filed orders based on outcome of hearings. | 2.30 | 770.50 |
| | | **Total Fees** | 7.00 | $2,345.00 |

| Current Amount Due on this Invoice | $2,345.00 |
|---|---|
| Prior Balance * | $14,673.00 |
| Total Amount Due | $17,018.00 |

* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 7.00 | 335.00 | $2,345.00 |
| **Totals** | 7.00 | | $2,345.00 |

*Gleason & Associates, P.C.*
*c/o Leech Tishman Fuscaldo & Lampl, LLC*                                          *Invoice No:*          37124

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**          **Direct ACH payments to:**

Gleason & Associates PC                             Bank Name and Address: PNC Bank, Pittsburgh, PA  15222
P.O. Box 644816                                     Bank Account No.:      85672818
Pittsburgh, PA 15264-4816                           Bank Routing ABA No.:  021052053
                                                    Name on Bank Account:  Gleason & Associates PC
                                                                           (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.

 GLEASON



Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

Via e-mail:  CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 37274 |
| Invoice Date | 06/30/2021 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 06/30/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 06/14/2021 | WGK | Review and analyze March 2021 monthly operating report. Review Debtor's report of sale closing and distribution of sale proceeds. | 0.50 | 167.50 |
| 06/23/2021 | WGK | Review Forrest City claim filed. Phone call with debtors counsel to discuss claim and status of Plan. | 0.40 | 134.00 |
| 06/24/2021 | WGK | Begin review of Ed's Beans plan of reorganization draft provided by counsel. | 0.30 | 100.50 |
| 06/27/2021 | WGK | Continue review draft plan of reorganization and accompanying Exhibits. Edit document and outline comments to counsel regarding plan. Email comment draft to counsel for review. | 1.50 | 502.50 |
| 06/29/2021 | WGK | Phone call with J. Steiner to review and discuss plan of reorganization and recent calls with the bank. | 0.30 | 100.50 |
| | | **Total Fees** | 3.00 | $1,005.00 |

*Gleason & Associates, P.C.*
*c/o Leech Tishman Fuscaldo & Lampl, LLC*                          *Invoice No:*        *37274*

|  | |
|---|---|
| **Current Amount Due on this Invoice** | $1,005.00 |
| **Prior Balance \*** | $17,018.00 |
| **Total Amount Due** | $18,023.00 |

\* Payments received after the invoice date are not reflected in the prior balance.

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 3.00 | 335.00 | $1,005.00 |
| **Totals** | 3.00 | | $1,005.00 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**          **Direct ACH payments to:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

Bank Name and Address:  PNC Bank, Pittsburgh, PA  15222
Bank Account No.:       85672818
Bank Routing ABA No.:   021052053
Name on Bank Account:   Gleason & Associates PC
                        (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

Via e-mail:  CThornton-Illar@leechtishman.com

| | |
|---|---|
| Invoice No. | 37421 |
| Invoice Date | 07/31/2021 |

| | |
|---|---|
| Client No. | 2020-010-006 |
| Engagement | Ed's Beans |

For services rendered for period through 07/31/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|---|---|---|---|---|
| 07/01/2021 | WGK | Emails with counsel and review revised plan document based on Bank's counter offer on plan payments. | 0.50 | 167.50 |
| 07/02/2021 | WGK | Review redline plan and plan summary filed in the Ed's Beans matter. Discuss same with counsel. | 0.40 | 134.00 |
| 07/13/2021 | WGK | Review debtor and FNB Objections to South Pointe's claim for administrative expenses and immediate payment of same. Review Pacer docket for recent pleadings in the matter | 0.20 | 67.00 |
| 07/16/2021 | WGK | Review various pleadings filed in the matter including: debtor counsel application for compensation (0.2); Southpointe application for admin expense claim and debtors limited objection to same (0.1) Motion regarding Hertz claim (0.2). Calendar all upcoming court dates (0.1) | 0.60 | 201.00 |
| 07/19/2021 | WGK | Review and analyze April and May 2021 Monthly Operating Report. | 1.20 | 402.00 |
| 07/23/2021 | WGK | Review recent pleadings filed in the matter | 0.40 | 134.00 |

*Gleason & Associates, P.C.*

c/o Leech Tishman Fuscaldo & Lampl, LLC

Invoice No:     37421

including NLRB settlement, Nissan lease rejection
and Southpointe Settlement.

| | | |
|---|---|---|
| **Total Fees** | 3.30 | $1,105.50 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$1,105.50** |
| Prior Balance * | **$18,023.00** |
| **Total Amount Due** | **$19,128.50** |

* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 3.30 | 335.00 | $1,105.50 |
| **Totals** | 3.30 | | $1,105.50 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

**Direct ACH payments to:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

Bank Name and Address: PNC Bank, Pittsburgh, PA  15222
Bank Account No.:        85672818
Bank Routing ABA No.:    021052053
Name on Bank Account:    Gleason & Associates PC
                         (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.





Ed's Beans
c/o Leech Tishman Fuscaldo & Lampl, LLC
Attn: Crystal H. Thornton-Illar, Esquire
525 William Penn Place, 28th Floor
Pittsburgh, PA  15219

Via e-mail:  CThornton-Illar@leechtishman.com

Invoice No.      37445
Invoice Date     08/12/2021

Client No.       2020-010-006
Engagement       Ed's Beans

For services rendered for period through 08/12/2021 in connection with:

Ed's Beans - Chapter 11 Bankruptcy

**Fees**

| Date | Staff | Service | Hours | Amount |
|------|-------|---------|-------|--------|
| 08/04/2021 | WGK | Review Pacer docket and recent pleadings filed in the case (Hertz and Brentwood Town Square). | 0.30 | 100.50 |
| 08/06/2021 | WGK | Review summary of ballots and debtors stipulations with FCB. | 0.20 | 67.00 |
| 08/10/2021 | WGK | Phone conference with debtors counsel to review plan pro forma updates and prepare for upcoming confirmation hearing. | 0.70 | 234.50 |
| 08/10/2021 | WGK | Review and analyze June MOR. Attempt to compare same to proposed plan pro forma. Email counsel regarding potential cash flow benefit to waterfall from international sales collection timing. | 0.50 | 167.50 |
| 08/11/2021 | WGK | Review and analyze Kiva Han only financial results from January - July, 2021 and compare same to first year pro forma projection of disposable income per plan (1.0). Phone call with J. Haus of UST office to discuss upcoming confirmation hearing (0.1). | 1.10 | 368.50 |
| 08/12/2021 | WGK | Participate in Ed's Bean's confirmation hearing | 1.00 | 335.00 |

Gleason & Associates, P.C.

c/o Leech Tishman Fuscaldo & Lampl, LLC

Invoice No:        37445

(0.8). Follow up call with John Steiner (0.2).

| 08/12/2021 | WGK | Review MORs and plan of reorganization, complete analysis of waterfall and plan projections, and outline how the plan qualifies for non-consensual confirmation based on bankruptcy code sections 1191 (b) and (c). | 1.80 | 603.00 |
|---|---|---|---|---|
| | | **Total Fees** | 5.60 | $1,876.00 |

| | |
|---|---|
| **Current Amount Due on this Invoice** | **$1,876.00** |
| **Prior Balance *** | **$19,128.50** |
| **Total Amount Due** | **$21,004.50** |

* Payments received after the invoice date are not reflected in the prior balance.

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Krieger, William | 5.60 | 335.00 | $1,876.00 |
| **Totals** | 5.60 | | $1,876.00 |

**Payments can made by check or by ACH.**

**Direct checks to our lock box address:**

Gleason & Associates PC
P.O. Box 644816
Pittsburgh, PA 15264-4816

**Direct ACH payments to:**

Bank Name and Address:  PNC Bank, Pittsburgh, PA  15222
Bank Account No.:          85672818
Bank Routing ABA No.:    021052053
Name on Bank Account:   Gleason & Associates PC
                                        (dba Gleason IP)

Please contact us directly for Wire payment instructions at ahogue@GleasonExperts.com.

