# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : : : : : : | Chapter 11, Subchapter V |
| Debtor. | : | Rel. Doc No.: |
| | : : | Hearing Date: September 15, 2021 at 1:30 PM |
| WILLIAM G. KRIEGER Subchapter V Trustee, | : : : | Response Deadline: September 8, 2021 |
| Movant, v. | : : : : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : : : : : : : | |
| Respondent. | : | |

# EXHIBIT "C" TO FIRST AND FINAL APPLICATION OF WILLIAM G. KRIEGER FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS THE SUBCHAPTER V TRUSTEE

EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                CASE NO.: 2:20-bk-22974

Ed's Beans, Inc.

      **Debtor(s)**                                      **CHAPTER 11**

## VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)     am not a creditor, equity security holder or insider of the debtor;

(b)     am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)     do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $335, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: October 20, 2020                          /s/ _William Krieg_
                                                                                 [SIGNATURE BLOCK]

1

## VERFICATION OF WILLIAM G. KRIEGER

**William G. Krieger**, verifies that he is the Subchapter V Trustee of Ed's Beans, Inc. d/b/a Crazy Mocha, Crazy Mocha Coffee, Crazy Mocha Coffee Company, Kiva Han, Kiva Han Coffee, KH, and KHC;

Willian G. Krieger is a Vice President, Managing Director and Shareholder at the consulting firm of Gleason;

He is a disinterested person and neither she nor Gleason represents or holds an interest adverse to the interests of the Debtor or the bankruptcy estate;

No prohibited agreement or understanding exists between William G. Krieger or any other person or persons for a division of compensation in this proceeding;

That no division of fees prohibited by Section 504 of the Bankruptcy Code has been or will be made;

That no agreement prohibited by 18 U.S.C. § 155 has been or will be made;

That no other prohibited division of compensation has been or will be made;

Additionally, the Application for Compensation is submitted in accordance with the provisions of Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Rules of this Court.

/s/ *William G. Krieger*
**William G. Krieger**