# IN THE UNITED STATES BANKRUTPCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | Chapter 11, Subchapter V |
| | : | |
| Debtor. | : | Rel. Doc No.: |
| | : | Hearing Date: September 15, 2021 1:30 PM |
| WILLIAM G. KRIEGER Subchapter V Trustee, | : | Response Deadline: September 8, 2021 |
| Movant, | : | |
| v. | : | |
| ED'S BEANS INC., D/B/A CRAZY MOCHA, CRAZY MOCHA COFFEE, CRAZY MOCHA COFFEE COMPANY, KIVA HAN, KIVA HAN COFFEE, KH AND KHC, | : | |
| Respondent. | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____ 2021, upon consideration of the First and Final Application for the Allowance of Compensation and Reimbursements of Expenses as the Subchapter V Trustee (the "Application") notice being given and with good cause having been shown, it is hereby

ORDERED, ADJUDGED, and DECREED that the Court allows and approves the fees of William G. Krieger, the Subchapter V Trustee (the "Trustee"), for the period from October 20,

2020 through August 12, 2021 (the "Period") in the total amount of $21,004.50 (the "Fees") on a final basis.  It is further

ORDERED, ADJUDGED, and DECREED that the Court hereby allows and approves the expenses of the Trustee, for the Period in the total amount of $0.00 (the "Expenses") on a final basis.  It is further

ORDERED, ADJUDGED, and DECREED that the Debtor shall pay the Trustee $21,004.50, which is the total amount of the approved Fees and Expenses.  It is further

ORDERED, ADJUDGED, and DECREED that this Court shall retain jurisdiction over all matters concerning this Order.

*Prepared by William G. Krieger*

BY THE COURT:

_____
UNITED STATES BANKRUPTCY COURT