### IN THE UNITED STATES BANKRUTPCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bank. Case No.: 20-22974-CMB |
| | : | |
| ED'S BEANS INC., D/B/A CRAZY | : | Chapter 11, Subchapter V |
| MOCHA, CRAZY MOCHA | : | |
| COFFEE, CRAZY MOCHA COFFEE | : | |
| COMPANY, KIVA HAN, KIVA HAN | : | |
| COFFEE, KH AND KHC, | : | |
| | : | |
| Debtor. | : | |
| | : | |
| | : | |

### CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION. FUNDS COLLECTED

Chapter 11 Subchapter V Trustee's Report of No Distribution. Funds Collected: <u>$21,004.50</u>. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for <u>11 months</u>. Assets Abandoned (without deducting any secured claims): <u>$963,008.58</u>, Assets Exempt: <u>Not Available</u>, Claims Scheduled: <u>$5,025,849.80</u>, Claims Asserted: <u>Not Available</u>. Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): <u>$5,025,849.80</u>. Filed by William G. Krieger.

Date:   September 21, 2021

By: /s/ *William G. Krieger*
William G. Krieger
wkrieger@gleasonexperts.com
One Gateway Center
Suite 525
Pittsburgh, Pennsylvania 15222
Phone - (412) 391-5404

*Subchapter V Trustee*

1